## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | : **Civil Action No:** |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
| **Defendants.** | : |

## MOTION TO PROCEED UNDER
## PSEUDONYM AND FOR PROTECTIVE ORDER

The undersigned attorneys hereby move this Court to allow the Plaintiff in the above captioned action to proceed under the pseudonym John Doe for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order and the Declaration of William B. Bilcheck, Jr., Esq. In Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order.

[Signatures on the following page]

**Dated:** **New York, New York**
**January 18, 2018**

                                              **Respectfully submitted,**

**LAW OFFICES OF WILLIAM BILCHECK, JR.**

**By:** */s/ William B. Bilcheck Jr*
**William B. Bilcheck, Jr.** *(Federal Bar No. CT04402)*
**12 Brookside Road**
**Madison, Connecticut 06443**
**(203) 245-6252**
**madctatty@aol.com**

**NESENOFF & MILTENBERG, LLP**

**By:** */s/ Andrew T. Miltenberg*
**Andrew T. Miltenberg, Esq. (pro hac vice**
                    **admission pending)**
**Stuart Bernstein, Esq. (pro hac vice admission**
                      **pending)**
**Phillip Byler, Esq.**     **(pro hac vice admission**
                      **pending)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**
**pbyler@nmllplaw.com**

*Attorneys for Plaintiff*

2