UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | : **Civil Action No:** |
| | : |
| **Plaintiff,** | : |
| | : |
| | : |
| -against- | : |
| | : |
| | : |
| **YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
| | : |
| | : |
| **Defendants.** | : |

Upon the *Ex Parte* motion of the Plaintiff for an order permitting the filing of the complaint, summons, civil cover sheet, and Motion to Proceed Under Pseudonym and for Protective Order under seal, and upon review of the Declaration of William B. Bilcheck, Jr., Esq. and Memorandum of Law in support thereof, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order be **GRANTED**, and it is

**FURTHER ORDERED**, that the complaint, summons, civil cover sheet, and Motion to Proceed Under Pseudonym and for Protective Order, and all other accompanying filings in this action shall be placed under seal until such time as proof of service of the Summons and Complaint is returned and filed by Plaintiff with the Clerk of the Court.

Dated: January _____, 2018

_____
**UNITED STATES DISTRICT JUDGE**