UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | : **Civil Action No:** |
| | : |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
| **Defendants.** | : |

## MOTION

Upon the Complaint, the Declaration of Plaintiff John Doe, the Declaration of William B. Bilcheck, Jr. and the exhibits thereto, and the Memorandum of Law in support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Plaintiff hereby moves this Honorable Court on a date and time to be determined at Richard C. Lee U.S. Courthouse, 141 Church Street, New Haven, Connecticut 06510, for a Temporary Restraining Order and a Preliminary Injunction and specifically that:

1. Defendants Yale University and Yale University Board of Trustees be immediately enjoined from enforcing their December 26, 2017 suspension of Plaintiff John Doe from Yale University;

2. Defendants Yale University and Yale University Board of Trustees should not be immediately ordered to honor and give effect to Plaintiff John Doe's registration for classes for the Spring Semester which began on January 17, 2018 and to permit Plaintiff John Doe to participate fully in all University activities; and

3. Pending a final determination of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Plaintiff John Doe is to be given access to register for all classes for the Spring Semester which began on January 17, 2018.

**Dated:** New York New York
January 18, 2018

Respectfully submitted,
*Attorneys for Plaintiff*

**NESENOFF & MILTENBERG LLP**     **WILLIAM B. BILCHECK JR LAW OFFICES**

By: /s/ *Andrew T. Mitenberg, Esq.*     By: /s/ *William B. Bilcheck Jr.*

**Andrew T. Miltenberg, Esq. (pro hac vice admission pending)**
**Stuart Bernstein, Esq. (pro hac vice admission pending)**
**Philip A. Byler, Esq. (pro hac vice admission pending)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
pbyler@nmllplaw.com

William B. Bilcheck Jr., Esq.
12 Brookside Road
Madison, Connecticut 06433
(203) 245-6252
madctatty@aol.com