UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | :   **Civil Action No:** |
|     **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
|     **Defendants.** | : |

**ORDER**

Now on this _____ day of _____, 2018, upon consideration of Plaintiff's Motion for A Temporary Restraining Order and subsequent Preliminary Injunction, filed January 18, 2018,

**IT IS HEREBY ORDERED** that:

    1.    The motion is GRANTED to the extent provided below.

    2.    As of _____, the Defendants are immediately enjoined from enforcing their December 26, 2017 suspension of Plaintiff John Doe from Yale University.

    3.    As of _____, the Defendants are immediately to allow access to the Plaintiff John Doe to register for all classes for the Spring Semester which began on January 17, 2018. Plaintiff John Doe is permitted to participate fully in all University activities.

    4.    The Court finds that Plaintiff John Doe has met the required showing necessitating the granting of the injunctive relief south pursuant to Rue 65 of the Federal Rules of Civil Procedure, in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood of success that the Plaintiff will succeed on the

merits or in the alternative, there are demonstrated sufficiently serious questions going to the merits to make them a fair ground of litigation, (iii) the balance of hardships tips decidedly in the moving party's favor regardless of the likelihood of success on the merits, and (iv) the relief issued is in the public interest.

5. The Order remains in effect until any further Order of this Court is issued on the Motion.

BY THE COURT

_____
United State District Judge