UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | : **Civil Action No:** |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
| **Defendants.** | : |

## ORDER TO SHOW CAUSE

Upon consideration of the Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction, including the Complaint, the Declaration of Plaintiff John Doe, the Declaration of William B. Bilcheck, Jr. and the exhibits thereto and the Memorandum of Law in support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction,

**IT IS HEREBY ORDERED THAT** Defendants Yale University and Yale University Board of Trustees appear before the United States District Court for the District of Connecticut, located at Richard C. Lee U.S. Courthouse, 141 Church Street, New Haven, Connecticut 06510, Courtroom ____, on the  day of _____ 2018, and **SHOW CAUSE** why:

1. Defendants Yale University and Yale University Board of Trustees should not be immediately enjoined from enforcing their December 26, 2017 suspension of Plaintiff John Doe from Yale University.

2. Defendants Yale University and Yale University Board of Trustees should not be immediately ordered to honor and give effect to Plaintiff John Doe's registration for classes for the Spring Semester which began on January 17, 2018 and to permit Plaintiff John Doe to

participate fully in all University activities; and

**IT IS HEREBY FURTHER ORDERED THAT** pending a final determination of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, Plaintiff John Doe is to be given access to register for all classes for the Spring Semester which began on January 17, 2018; and

**IT IS HEREBY FURTHER ORDERED THAT** service of all the papers supporting Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction by e-mail upon Harold Rose, Esq. in the General Counsel's Office of Defendant Yale University on or before 4:00 PM on January 19, 2018, shall constitute good and sufficient service.

_____
**United States District Judge**