**EXHIBIT C**

**From:** ▮
**Sent:** Monday, Sep 18, 2017 4:06 PM EST
**To:** David Post
**Subject:** Formal Complaint

Dear Professor Post,

I am writing to file a formal complaint against ▮.

First, I am filing a complaint in regards to two instances of ▮ groping me. The first took place on June 17, 2016 in Paris. The second took place on November 18, 2016 on a chartered bus from Yale to Harvard.

Second, I am filing a complaint in regards to a hostile environment created by ▮ for countless women at Yale, including myself, who are in fear and discomfort because of his behavior.



Yale College