**EXHIBIT D**

Subject: Formal Complaint
From: ███████ ███████████████████
Date: 9/18/2017 4:0█ PM
To: David Post <david.post@yale.edu>
CC: ████████████████████████████████████████████████████████████████████████████████████████

Hello,

I am ███████████, a junior undergrad at Yale College. I am writing to file a formal complaint against ███████████████████████ for breach of Yale's Sexual Misconduct rules. On November 18th, 2016, I was on a chartered bus to the Harvard Yale game with ████████ and some other people. He sat next to me and groped my left breast and butt, which was sexual harassment. This was in view of others. I just met with the Title IX office and decided afterwards to file this formal complaint. Please let me know of what the next step is.

Thank you,

███████