**EXHIBIT F**

Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

September 22, 2017

Delivered by Hand



Dear [REDACTED],

The University-Wide Committee on Sexual Misconduct ("UWC") has received a formal complaint against you from [REDACTED]. The complaint alleges that you violated Yale's sexual misconduct policy, in the form of groping and sexual harassment. For further information regarding the allegations, please see the attached complaint. A copy of Yale's Sexual Misconduct Policies and Related Definitions is also attached here for your consideration.

Please note that if, in the course of reviewing this matter, the UWC hearing panel learns of other behavior that is related to the complaint and that may be a violation of Yale's sexual misconduct policy or other provisions of the Yale College Undergraduate Regulations, the panel may include that behavior in its review.

Please read carefully the attached UWC Procedures which set forth the details of UWC proceedings. I refer you in particular to section 7 of the procedures, governing the "Formal Complaint Process." As discussed in section 7.1 of the procedures, a subcommittee of the UWC has determined that the UWC has jurisdiction to hear this complaint.

You may provide a written response to the complaint and you may include supporting documents and other evidence. If you wish, the response at this stage can be short and you may provide a longer descriptive response to the fact-finder. Should you wish to respond at this point, please do so in writing or by e-mail to me within five days of this notice, i.e., by 12:00 p.m. on September 27, 2017. All statements and other evidence you submit will be shared with [REDACTED]. I will inform you by e-mail when a fact-finder and hearing panel have been appointed in this matter.

I remind you that there must be no contact – either direct or indirect – between you and [REDACTED] and that UWC procedures specifically prohibit retaliation against any person who brings a complaint or participates in the UWC process. The Title IX Coordinator for Yale College, Ksenia Sidorenko, will be in touch with you about the implementation of the no contact order and any other interim measures. If it is found that you have not complied with this requirement, that finding may lead to additional charges of misconduct.

All UWC hearing participants are expected to keep confidential all aspects of the UWC process as provided in the attached Statement on Confidentiality of UWC Proceedings. Please read carefully the statement.

I encourage you to choose an adviser to support you throughout this process. The adviser may provide personal and moral support and help you prepare for meetings related to the complaint. The adviser is not permitted to submit documents, either directly or indirectly, on your behalf at any stage of the process, nor speak for you during interviews with the fact-finder or at the hearing. When selecting an adviser, please make sure they are available to you during the time periods set forth in section 7.8 of the UWC procedures. If you should need assistance in choosing an adviser, please do not hesitate to let me know. The UWC has trained advisers who are available to support parties in this process. I ask that you provide me with your adviser's name and contact information prior to the meeting with the fact-finder. If you are intending to bring an attorney as your adviser, please inform me at least four days in advance of any meeting that the adviser will attend. For further information about the role of an adviser in UWC proceedings, please see section 5 of the UWC procedures.

Please contact me, at aley.menon@yale.edu or at (203) 432-4449, should you have any questions.

Sincerely,

Aley K. Menon

*Secretary, University-Wide Committee on Sexual Misconduct*

cc: Marvin Chun
Dean of Yale College

Nilakshi Parndigamage
Dean of Ezra Stiles College

David Post
Professor of Ecology and Evolutionary Biology and UWC Chair

Ksenia Sidorenko
Title IX Coordinator of Yale College

Stephanie Spangler
Deputy Provost and University Title IX Coordinator

UWC File

Encl: Complaint
UWC Procedures
Yale Sexual Misconduct Policies and Related Definitions
Statement on Confidentiality of UWC Proceedings