**EXHIBIT H**

CONFIDENTIAL

University-Wide Committee on Sexual Misconduct
Complaint of ██████████ against ████████████████ and
Complaint of ██████████ against ██████████

**FACT FINDER'S REPORT**

November 16, 2017

INTRODUCTION

This matter involves two separate complaints, both filed on September 18, 2017, against the same respondent, ████████████████ ████████████ . By agreement of the parties, the cases have been consolidated for purposes of fact finding and the hearing.

The first complaint (Exhibit A) was filed by ████████████████████ . It asserts that Ms. ██████ and a number of other people, including ████████████████ , were on a chartered bus traveling from New Haven to Boston for the Yale-Harvard football game on November 18, 2016 and that during that trip ████████ groped ██████ breast and buttock.

The second complaint (Exhibit B) was filed by ████████████ . It alleges that Mr. ████████████ groped her twice, first on June 17, 2016 in Paris and then on November 18, 2016 while the two were on a chartered bus from New Haven to Cambridge for the Yale-Harvard football game. Additionally, ████████ alleges that ████████████ behavior has caused her fear and discomfort, and thereby created a hostile academic environment for her. In a September 20, 2017 supplement to her complaint (Exhibit C), ████████ alleges that she felt fearful and intimidated as a result of witnessing ████████████ grope and act aggressively toward other women on the bus and witnessing a pattern of such behavior by him in other party spaces. In response to a request by ████████████████ for more particulars with regard to these allegations, ██████ further supplemented her complaint (Exhibit D), providing additional information regarding the incident in Paris. In the second supplement to her complaint, she also alleges that on November 2, 2016, she witnessed ████████████ acting very aggressively towards another woman at a social event hosted by Fence Club. She alleges that he was standing very close to the woman and pressing her for sexual interaction. ████████ alleges that the November 2 incident, together with the incidents on the bus and in Paris, created a hostile academic environment for her and represented sexual harassment, in violation of Yale's sexual misconduct policy.

████████████████ submitted a response on October 3, 2017 (Exhibit E), in which he firmly denied the allegations in the complaints. He filed a separate response to ████████ supplemental allegations on October 24, 2017 (Exhibit F).

I was assigned as the fact finder in this matter as of September 22, 2017[1]. In conducting this investigation, I interviewed ████████ at the SHARE office on October 2 and October 17, 2017 in the presence of her adviser ████████ and I spoke with ██████ by phone on November 8, 2017. I interviewed ████████ at the UWC office on October 2 and October 17, 2017 in the presence of her adviser ████████████ , and I also spoke with ██████ by phone on October 23 and November 2, 2017. I interviewed ████████████████ at the UWC office on October 16 and October 31, 2017 in the presence of his adviser ████████████ .

---

[1] My investigation was extended by approximately four weeks to allow for additional fact finding.

I also interviewed witnesses identified by the parties on the following dates:



*Witnesses identified by* ▇▇▇▇▇

▇▇▇▇▇ - October 4, 2017
▇▇▇▇▇ - October 4, 2017
▇▇▇▇▇-▇▇▇ – October 4, 2017
▇▇▇▇▇ (see above)
▇▇▇▇▇ - October 5, 2017
▇▇▇▇▇ - October 5, 2017
▇▇▇▇▇ - October 10 and November 1, 2017
▇▇▇▇▇ – November 1, 2017

*Witnesses identified by* ▇▇▇▇▇

▇▇▇▇▇ (see above)
▇▇▇▇▇ (see above)
▇▇▇▇▇ (see above)
▇▇▇▇▇ (see above)
▇▇▇▇▇ (see above)
▇▇▇▇▇ (see above)
▇▇▇▇▇ - October 5 and November 3, 2017 and
▇▇▇▇▇ - October 5 and October 18, 2017
▇▇▇▇▇ – did not respond to my emails
▇▇▇▇▇ – declined to speak with me

*Witnesses identified by* ▇▇▇▇▇

▇▇▇▇▇ - October 18 and 19, 2017
▇▇▇▇▇ - October 20, 2017
▇▇▇▇▇ - October 20, 2017
▇▇▇▇▇ – October 20, 2017
▇▇▇▇▇ – November 3, 2017

I also spoke with the following witnesses not initially identified by any parties:



▇▇▇▇▇ - October 31, 2017
▇▇▇▇▇ - October 25, 2017
▇▇▇▇▇ - October 26, 2017
▇▇▇▇▇ - October 9, 2017
▇▇▇▇▇ - November 1, 2017
▇▇▇▇▇ - October 25, 2017
▇▇▇▇▇ - October 18, 2017
▇▇▇▇▇ – October 19, 2017
▇▇▇▇▇ - November 3, 2017

Additionally, I reviewed documents provided by the parties, including texts and photographs (Exhibits H-P).

2

UNDISPUTED FACTS

The following facts are not in dispute.

The parties have all known each other since their first year at Yale. ▮▮▮▮▮ and ▮▮▮▮▮ are close friends, and all three parties have had overlapping groups of friends during their time at Yale.

▮▮▮▮▮ and ▮▮▮▮▮ Claims Relating to the Harvard-Yale Bus

- On November 18, 2016, the parties all rode from New Haven to Cambridge, Massachusetts, on a U.S. Coachways party bus chartered by a group of Yale students to go to the Harvard Yale football game. There were approximately 24 people on the bus, which departed from New Haven at approximately 5pm and arrived in Cambridge approximately three hours later. Many of the students brought a variety of alcoholic beverages on the trip, and there was considerable drinking, drinking games, and dancing. The parties agree that Exhibit G, a photo of a 24-passenger party bus from the U.S. Coachways' website, accurately depicts the interior of the party bus. ▮▮▮▮▮ disagrees with the complainants on most all other points regarding what occurred on the bus ride.

▮▮▮▮▮ Additional Claims

- On June 16, 2016, during the summer between their freshman and sophomore years, ▮▮▮▮▮ were each visiting Yale friends in Paris. They attended a party at the home of a mutual friend, ▮▮▮▮▮. Sometime after midnight, some of the people at that party, including ▮▮▮▮▮, and ▮▮▮▮▮ walked to an evening club called Dexter's. ▮▮▮▮▮ and ▮▮▮▮▮ disagree as to whether ▮▮▮▮▮ groped ▮▮▮▮▮ in the course of that walk.

- On November 2, 2016, a Yale coed social club called the Fence threw a "crush" party at Partners, a New Haven bar. ▮▮▮▮▮ and ▮▮▮▮▮ both attended that party as guests of members of Fence. The parties disagree about what occurred at and after that party.

▮▮▮▮▮ ACCOUNT[2]

▮▮▮▮▮ met ▮▮▮▮▮ freshman year in the Directed Studies program. They had mutual friends and became fairly good friends. Starting freshman year, however, ▮▮▮▮▮ observed many occasions when ▮▮▮▮▮ would behave in a loud, physically aggressive manner when he had been drinking. He would grab women and rough house. Some of this behavior was friendly and not explicitly sexual but some of it appeared to be sexually aggressive and was unpleasant to be around.

The Paris Incident

The summer after freshman year, ▮▮▮▮▮ spent a week in Paris visiting several Yale students who were studying there. On June 17, 2016, ▮▮▮▮▮ went to a party that a fellow Yale student, ▮▮▮▮▮, hosted in his apartment. ▮▮▮▮▮ was also there.

---

[2] Although ▮▮▮▮▮ UWC complaint was filed shortly after ▮▮▮▮▮, I have chosen to discuss ▮▮▮▮▮ account first so as to present the events in a chronological narrative.

The group played drinking games, and after midnight, many of the guests went on to a nightclub.[3] Some people took Ubers to the club and others walked. ████████ walked with ██ ████████████████████, and another Yale friend, ████████████. She did not recall the distance they walked, but her best recollection was that the walk took approximately ten minutes.

████████ recalls that ████████████ was very drunk as they walked down a boulevard. ██ had been drinking too, but she told me she remembers being completely lucid. ██ ████ held ████████████ hand and they were skipping together. The hand holding was not at all sexual but the mood was happy and playful. ████████ was trying to be a good friend, to help ████████████ focus and make sure he was all right by leading him by the hand, as he was somewhat unsteady (though he was not incapacitated and was much too big for her to support)[4]. As this was happening, ████████████ put his hand on ████████ buttock. She moved it off. He did it again. This happened at least three times in quick succession with almost no time between gropes. ████████ thinks she may have said no, but is not sure.

████████ recalls that she and ████████ split off from the rest of the group after some of their friends did not get into the nightclub, and she and ████████████ went back to ██ ████████ hotel by cab.[5] ████ told ████████ about ████████████ groping her. She recalled ████████████ saying that she was not surprised because it was well known by then that this was the sort of thing ████████████ did.

The Fence Club Incident

On November 2, 2016, ████████ attended a "crush" event thrown by a coed fraternity called the Fence Club. The club rented a local bar called Partners for this event. ████████████ was there, and ████████ witnessed him acting very aggressively towards one of the women there, standing very close to her and clearly pressing her for sexual interaction. ████████ could not hear what was being said above the noise of the party, but ████████████ was pressed extremely close to the woman, leaning into her, and the woman looked extremely uncomfortable, as was visible in her body language and facial expression. ████████ was present for part of this interaction but did not witness how it ended. The incident made ██ uncomfortable and concerned for the woman in question.

The next day, the Fence Club President, ████████████, sent an email to all Fence members about this incident (Exhibit L). ████████ (who was a member of Fence, as well as a

---

[3] Exhibits H and I are photographs taken at that party by ████████, provided to me by ████████.

[4] Exhibit J is another photo that ████████ provided to me, which she described as depicting her walking down the boulevard with ████████████, holding his hand to "jolly him along" and help him focus as he walked. The photograph is a screenshot of one taken by ████ and bears the caption "Cutest couple ever." ████████ told me she does not know why ████ labeled the photo this way but it was definitely a joke; she and ████████████ were never a couple. (This is not in dispute. See below.)

[5] Exhibit K is a text from some of the other Yale students saying that they could not get into the club because they did not have reservations. ████████ later heard that ████████████ had been very belligerent with the bouncer at the club, although she did not recall seeing this behavior and was not certain she and ████ were at the club at that point.

friend of ███████) sent that email to ███████ soon after it was issued[6]. The email refers to "some concerning stuff" that some people had witnessed and experienced at Partners. It stated: "Near the end of the night, a shitfaced male guest was stumbling around propositioning girls who were out here just trying to have a good time…" The email reminds Fence members "to be mindful of the people we bring into the spaces we share…we need to make sure things are copacetic always and that their actions don't lend themselves to uncomfortable/potentially harmful sexual and emotional climates." ███████ later learned that the Fence Club had banned ███████████ from future events as a result of this incident. She recalls feeling relieved that some action was being taken about ███████████ behavior.

<u>The Harvard-Yale Bus Incident</u>

In mid-November 2016, ███████ and her friend ███████████ arranged for a chartered party bus to take a group of students to the Harvard-Yale football game. The bus was rented from U.S. Coachways.  Logistics among the participating students were organized through a group text, initiated by ███████.  The texts focused on details such as the timing and cost of the bus as well as a discussion about who would be bringing alcohol, snacks, and paraphernalia for playing music[7]. There were approximately 24 people on the bus.

The party bus was a large stretch limousine rather than a conventional bus. There was perimeter bench or couch seating that ran along the sides and back of the bus, with a narrow aisle in between with room for dancing. (As noted above, the parties agree that Exhibit G, a photograph of a 24-person party bus that I obtained from the U.S. Coachways website, accurately depicts the interior of the bus.)

The bus departed New Haven at approximately 5:00 pm on November 18, 2016. There was a party atmosphere on the bus. Many people had brought alcohol, including hard alcohol, mixed drinks, beer and wine. ███████ reported participated in the drinking.  She said she had one water bottle of mixed drinks during the bus ride and was not intoxicated.

Early in the trip, according to ███████, ███████ called ███████ over to the couch where he was sitting toward the middle of the bus and started a conversation. He said, "I know I do some things I shouldn't do when I drink too much, and I'm working on it." He held up a bottle (███████ thought it was wine) and said "I could be more drunk than I am. I'm making an effort." ███████ responded, "I appreciate that you recognize your behavior is not ok, but you need to actually correct it and show it through your actions." ███████ did not explicitly refer to particular instances of misconduct, but ███████ understood that he was referring to his frequent bad behavior when he was drunk, such as the recent incident at the Fence Club. ███████ thought that ███████ initiated this conversation with her because he knew she was a ████ and that she did not approve of his conduct, which had been widely discussed by their peers.

---

[6] The email does not mention who the offending individual was, but ███████ told me that it was well known that it was ███████. I attempted to speak with ███████, the author of the email, but he did not respond to my emails.

[7] Attached as Exhibit M are a series of group texts that I received from ███████ relating to planning this bus charter. Pages numbered 1 to 10 were texts among a large group of participants including ███████████ and many others, including some students who didn't ultimately end up on the bus.  Pages numbered 11 to 14 were texts among a smaller group of friends including ███████ and ███████ but not ███████.

CONFIDENTIAL

Despite what ████████████ had said to ████████ drank heavily on the trip and less than an hour after the conversation with ████████, he was quite intoxicated. He fell into the pattern that ████████ had seen before, but much more aggressively. He was groping every woman on the bus. She saw him repeatedly grope ████████,[8] who was sitting next to him, grabbing her thigh, backside, and breast. According to ████████, "his hands were everywhere" and ████████ kept telling him "no" and pushing him off.

After this, ████████ was sitting on the couch on the side of the bus, towards the middle. ████████ ████████ came and sat down next to ████████, on her left. He was very drunk. He put his right hand behind her back and grabbed her right buttock. The movement was unambiguous. ████████ immediately moved away from him. She does not remember if she said anything, and does not recall who was sitting or standing nearby who might have seen what happened.

A little while later, ████████ went to where ████████ was seated to talk to him about his behavior, but before she could say anything, ████████████ grabbed her by the forearm close to the wrist and tried to pull her down onto him. He pulled so hard that the next day she checked for bruising (there was none). ████████ said "stop it" and pulled back hard so that she would not land in ████████ lap. She recalls that a couple of male students nearby also said "stop," but she does not recall who they were. She was very shaken by this moment, which she described as "shocking and frightening." The incident felt sexual, as ████ ████████ was trying to pull ████████ onto him, but it also felt like a threat of violence and acute physical danger.

As the bus ride continued, ████████ witnessed ████████████ drunken groping of many other women on the bus.  At one point, ████████████ was lying back on the back seat of the bench and reaching out to grab women's buttocks as they walked by. Many people on the bus were aware of his behavior.  There was general talk about it and ████████ recalls that some of the men tried to talk to ████████ about his behavior. By the end of the bus ride, ████████████ was passed out in the back of the bus, and he had to be woken up by some of his friends and helped off the bus.

Later that night, ████████ was part of another group chat with some of the Yale students who had been on the party bus, including ████████████████ (see Exhibit N). At 10:48 pm, ████████████ ("dtb" in ████████████ group chat) wrote: "What r ppl up to." An hour later, he wrote: "Where my bus people at." One person (████████████) responded ████████████ repeated, "Where are ppl."  Another student (████████) responded "Go home." Several students added "loved" or "j'adore" to "go home," including ████████ (designated ████████████ on the group text). ████████ told me that this was analogous to "liking" something on Facebook and meant that everyone was agreeing that ████████████ ████████ should go home, because they all knew how drunk he was. Towards the end of the text string, ████████ "removed a heart" from "Go home." She does not recall why she did that; it could have been a slip of the thumb, or perhaps that she did not want to show open hostility towards ████████████, who she still regarded as a friend at that point.



---

[8] ████████ declined to speak with me.

[9] ████████ does not recall seeing ████████████ groping ████████, though she later heard from ████████ that he had. ████████ told me that in subsequent days and weeks there were many conversations among the bus passengers about all the groping by ████████████ that had occurred on the bus. It was a general topic of conversation and it was difficult for her to differentiate what she heard from whom on any given date.

Timing of this Compaint

After the bus ride, ▮▮▮▮▮▮▮ was very concerned about ▮▮▮▮▮▮▮▮▮▮▮▮ behavior towards her and towards other women on the bus. She considered herself ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ friend and was disturbed that he had behaved as he did despite their discussion early in the bus ride where he acknowledged his awareness of his previous bad behavior. She was upset that his awareness was not enough to get him to change his behavior. As a ▮▮▮ , ▮ ▮▮▮▮▮ also felt a responsibility to help the other women whom she had observed being sexually harassed by ▮▮▮▮▮▮▮▮▮▮▮▮ . At that point, she did not feel that the groping that she had personally experienced warranted her engaging in the time-consuming process of the UWC, and she was not interested in seeing ▮▮▮▮▮▮▮▮▮▮▮▮ disciplined for that. But she felt it was important to address not only what she had experienced, but also what she had witnessed.

▮▮▮▮▮▮▮▮ did not want to have a confrontation with ▮▮▮▮▮▮▮▮▮▮▮ about what had happened. It was a very sensitive topic and would have been too uncomfortable. After consulting with the ▮▮▮ advisor, ▮▮▮▮▮▮▮ , ▮▮▮▮▮▮▮▮ turned to the Title IX office. She thought that Title IX staff would be more effective in remedying the situation. She hoped that if ▮▮▮▮▮▮▮▮▮▮▮ learned that there had been a complaint about his sexual misconduct, he would be incentivized to change his behavior. She hoped to remain his friend and thought she might even be someone he would turn to for suggestions of programs that could help him deal with the inappropriate behavior he engaged in when he drank. She wanted to help ▮▮▮▮▮▮▮ ▮▮▮▮ to change his behavior.

In her capacity as a ▮▮▮ , ▮▮▮▮▮▮▮ spoke with then Title IX Coordinator ▮▮▮▮▮▮▮▮ and made a report with the Title IX office, sometime in late November 2016. ▮▮▮▮▮▮ report did not mention ▮▮▮▮▮▮▮▮ groping of ▮▮▮▮▮ specifically, but more generally described ▮▮▮▮▮▮▮▮▮▮ behavior towards women on the bus. (▮▮▮▮▮ believes that she also discussed with ▮▮▮▮▮▮ what she had heard about ▮▮▮▮▮▮▮ sexual misconduct at the Fence Club, either on that same date or in a previous conversation.) She later heard that ▮▮▮▮▮▮▮▮▮ had gone to meet with ▮▮▮▮▮▮ in the Title IX office, and ▮▮▮▮▮▮ was hopeful that he might have availed himself of some sort of alcohol and/or sexual conduct training as a result. She remained friends with him and continued to have social interactions with him for a couple of months.

In early 2017, ▮▮▮▮▮▮▮ again spoke with ▮▮▮▮▮▮ and at around the same time, ▮▮ ▮▮▮ again went to see ▮▮▮▮▮▮▮ at the Title IX office, in an effort to discuss what she felt was ▮▮▮▮▮▮▮▮▮ ongoing inappropriate sexual behavior. That was the end of ▮▮ ▮▮▮ friendship with ▮▮▮▮▮▮▮▮ . They had no more social interactions.

At around this time, ▮▮▮▮▮▮ and a group of friends were planning a trip to Cancun for Spring break. ▮▮▮▮▮▮▮▮ was among the people who would be going on the trip. ▮▮▮▮ became concerned that his presence on that trip would make women in their group uncomfortable. She discussed her concern with ▮▮▮▮▮ and several other friends and they decided to ask ▮▮▮▮▮▮▮▮ not to come on the trip. ▮▮▮▮▮▮ texted ▮▮▮▮▮▮▮ ▮▮▮ and told him she wanted to have coffee with him to discuss the Cancun trip. He replied that he already had heard that he was not wanted on the trip and therefore he would not be coming.[10]

---

[10] Long before this UWC case, ▮▮▮▮▮ deleted all her texts with ▮▮▮▮▮▮▮ because she no longer wanted to have anything to do with him.

CONFIDENTIAL

███████ avoided ████████████████ for the rest of the school year. Then, on August 30, 2017, just after the start of the new academic year, ████████ had dinner with several of her friends, including ████████, and the subject of ████████████ came up. There was discussion about several women's reported recent experiences with ████████████████. ████████ was very affected by this. She felt that despite her multiple visits to the Title IX office, and her efforts to encourage ████████████ to change his behavior through the Title IX process, it seemed that ████████████████ behavior had not changed. She therefore felt it was her responsibility, as a ████ and a person who had been groped by ████████████████, to do more. She again spoke with ████████████ and the Title IX office. She discussed this with ████████ as well, and learned that she too was considering filing a UWC complaint. Finally, ████████ decided to file a UWC complaint.

Impact

While ████████ was unable to separate the impact of ████████████ sexual assaults against her from the impact of seeing ████████████ harassment of other women, she described feeling increasingly distraught about ████████████████ behavior. She became very anxious and stressed, had difficulty eating and lost a lot of weight, and began seeing a therapist. In recent months especially, she has avoided going to parties that ████████ might also go to, and goes out much less altogether to avoid the possibility of encounters with other men that might be like what she experienced with ████████████████. While she remains a good student, she has been very distracted by ████████████████ behavior and has spent many hours in therapy, as well as counseling other women and anguishing about all of this, when she believes she ought to have been focused on academics.

████████ told me that it is very important to her that ████████████ understand that his sexual conduct has been wrong and has had hurtful consequences. She wants him to change his behavior so that no other women will be hurt.


████████████ ACCOUNT

████████ currently lives at the Fence Club on High Street and has been a member of Fence since her sophomore year. ████████ met ████████████ when they were both freshmen. They were never close, but had a number of mutual friends. In the fall of 2016, ████████████ invited ████████ to a party at his house in Old Saybrook and that semester they were also in a poetry class together, so she got to know him a little better.

The Harvard-Yale Party Bus

████████ was part of the friend group that chartered the party bus to attend the 2016 Harvard-Yale football game in Cambridge and she was on the group texts organizing the trip (see Exhibit M). Many of the people on the bus were ████████ friends but there were also some people who did not know each other very well, who had all pooled resources to minimize the cost of the bus.

The bus departed from New Haven at approximately 5:00 pm. Many people had brought alcohol, and everyone began drinking. There were drinking games, which everyone participated in, including ████████. ████████ had a water bottle filled with a mixed drink – two shots of vodka and some juice. She did not get very intoxicated, although towards the end of the ride she was more so than earlier. Many of the people on the bus drank more than she did and ██.

8

████████████ seemed far more intoxicated than other people on the bus. ████████ recalled that there was a lot of movement on the bus, with people alternating between sitting and dancing. ████████ was all over the bus and recalls that ████████████████ was as well. The lighting was low "club lighting" – strip lighting from the ceiling that was not very bright but light enough to see clearly[11].

About an hour and a half into the ride, ████████ was sitting towards the middle of the bus, on top of the seat back of the bench that wrapped around the bus, with her feet on the seat and her back against the window. ████████████████ sat down next to her, to her right and very close. He whispered in her ear "I want to fuck you." Simultaneously, he reached his left arm behind her back and shoulder and onto her waist, above her clothing[12]. He quickly moved his hand up and grabbed and squeezed her left breast, and then moved his hand down and grabbed her left buttock, grabbing harder than he had grabbed her breast. ████████ recoiled and immediately said "no chance" and turned away from ████████████ to slide out of his grasp. ████ ████ thinks that ████████████ sat there briefly and then got up to rejoin the party.

████████ stepped a couple of feet across to the other side of the bus aisle, where her friend ████████ was sitting with ████████ older brother, ████. ████ had come along on the trip though he was not a Yale student. ██t made eye contact with ████████ and said something like "Did I see what I just saw?" ████████ remembers clearly that ████ said, "This is wrong, you should do something." ████████████ does not recall her response to ████.

████████ told me that she was doubtful that anyone else would have noticed what had happened to her. It was such a brief encounter that it might not have registered with anyone, other than perhaps the fact that ████████████ was in her personal space.

Over the remainder of the bus ride, ████████ avoided ████████████████. She saw him behaving in a similar way with at least one other woman on the bus, acting in a drunk and belligerent way, invading the woman's space with his hand on her lower body. ████████ is not sure who that woman was or what part of her body ████████████ was touching. She did not see █████████████ groping ████████.

At the end of the bus ride, ████████████ was so drunk that he had fallen asleep in the back seat of the bus. His friends woke him up and helped him off the bus. ████████ did not see him again that evening.

████████ does not remember whether she spoke with anyone that night about what had happened to her. She might have mentioned it to ████████ or another of her close friends.

<u>Timing of this Complaint</u>

████████ continued to have some social contact with ████████████ after those events, and even after he groped her on the Harvard bus. She still occasionally texted with him about social activities involving their mutual friends, and studied with him in the class they had together, where he was one of the only people he knew. She continued to behave like nothing

---

[11] ████████ gave me some photos taken on the bus that give some indication of the lighting and atmosphere. See Exhibit O. See also Exhibit G (the photo of the same type of bus, from the bus company's website).

[12] She was wearing jeans and a tank top; ████████ thought some of her midriff might have been exposed but █. ████████████ did not put his hand inside her clothing.

CONFIDENTIAL

untoward had happened, because she did not have the mental energy at that point to push back. She felt that addressing what ██████████████ had done to her would have entailed upsetting the balance of their mutual friend group, which she was not prepared to do. However, in early 2017, ████████ learned that ████████████████ behavior had not changed. ████ ████████ stopped having anything to do with ████████████████ and she believes that many of her friends did as well.

In February 2017, ████████ reached out to ██████████ in the Title IX office to discuss her ongoing concerns about ████████████████ sexual aggressiveness. She was not ready to proceed with a formal complaint, and felt that the informal options that she discussed with ████████ (such as changes in classes or housing) would be too disruptive to her life. Nevertheless, she felt it was important to tell an authority figure about ██████████████ conduct in the hope that if there were a number of people who complained about ████████████ ████████ conduct, there would be a history to reference if something more happened in the future.

A short time afterwards, ██████████ and a group of friends were planning a group trip to Cancun for spring break. In the initial planning stages, ████████████ had been part of the group who would be going on that trip. ████████████ spoke with ██████████ and expressed her concern that it would be upsetting if ████████████ came along. ████████ agreed, and they spoke with several other friends about their concerns. They agreed that ██████████ would discuss this with ████████. ████████ later learned that when ████████ texted ██████████████ ████████ that she wanted to have coffee with him to discuss the Cancun trip, ████████████ ████████ reportedly responded that he already knew that he was not wanted on the trip and that he would not be going. From that point on, there was open hostility between ████████ and ████ ████████████. They had no more interactions of any sort and ██████████ believes that the same is true with regard to many of their mutual friends.

Then, in late August 2017, just after ██████████ returned to Yale for the start of her junior year, she was at a dinner with friends. At that dinner, there was an open discussion among a group of her friends about their individual experiences with ████████████████. Listening to her friends, ████████ felt ashamed about not having come forward when ████████████ groped her on the party bus in November 2016. ████████████ explained to me that as a junior, she is now looking back at her time at Yale and she decided to come forward to file this complaint because she now feels strong enough emotionally to speak out about what happened to her, and believes that she has an obligation to do so. Her principal goal in filing this complaint is to try to ensure that Yale students are not exposed to ██████████████ behavior.

Impact

████████████ told me that ██████████████ groping her on the bus made her very uncomfortable. She was not afraid for her physical safety at the time of the incident because she was surrounded by friends. However, she was at a point in her life that she was uncomfortable around men, and when ████████████ imposed himself on her that made her feel out of control and not able to set her own boundaries. She described it as "a brief but terrible moment." Although she did not recognize it at the time, ██████████ now believes that the incident contributed to the sadness, anxiety and depression that she has felt since that time.

███████████████████  ACCOUNT

█████████████ described █████████ and ██████████ as best friends, and described himself as not very close friends with either one. He had a poetry class with ███████ sophomore year and they usually sat together and studied together. He also had a class with ███████████ freshman year. They were all close enough socially that █████████████████ invited both ██████████ and ██████████ to a small party at his parents' house in September 2016. They saw one another often at social gatherings because they had common friends. However, ███ ████████████████ was known to have very conservative political opinions, whereas ████ and ████████████ friend group was much more liberal. He felt that there was considerable animosity towards him on campus and among both complainants' "friend groups" because of his political views, especially his views against political correctness as expressed in a column that he wrote for the Yale Daily News. He watched the Presidential election returns with ████████████ and described that as not very comfortable for either of them.

The Paris Incident

In his written response to the Paris incident (Exhibit F), █████████████████ basic outline of the night of the late evening of June 17th and the early morning hours of June 18th, 2016 align closely with ███████████ description. █████████████████ states that he, █████████, █████████ and a number of other Yale students attended a party at █████████████████ apartment. He recalls playing a drinking game and describes the ambiance as "positive and friendly." █████████████████ provided two photographs of himself with █████████████ and █████████████, taken at that party (attached to Exhibit F). █████████████████ also states that he, █████████████████, ██████████████ and ████████████ girlfriend █████████████ tried to go to a nightclub called Duplex, but were not admitted. Like █████████████████ recalls a friendly walk to the nightclub. After being rejected from the nightclub, █████████████████ said that he walked around a little more, before leaving the group at approximately 3:00 a.m.

When I met with █████████████████, he added many details to his response and they diverged significantly from █████████████ account. █████████████████ reported that all that evening, ████ ████████, who was fairly intoxicated, was "coming onto" him. He said it was nothing extreme, but that she was "latching onto him" at █████████████ apartment.  He recalls that █████████ sat very close to him on the couch.  It made him uncomfortable because he was not interested in her sexually or romantically, so he got up to speak with someone that █████████ did not know (a Tufts student named ██████████), and was dismayed that █████████ followed him. █████████ felt that ██████████ flirtation with him is illustrated in the photos he shared with me: in one photo ████████ is turned closely into him; █████████████████ described pose in the second photo, with her leg up and "straddling" him, as "very suggestive". █████████████████ felt uncomfortable with █████████████ overtures and he tried to extract himself multiple times in quick succession, "shimmying" away from her because he did not want her to be so close.[13]

█████████████████ told me that as they walked to the nightclub, ██████████ walked very close to him, making him uncomfortable. He initially denied that he and ██████████ ever held hands on that walk. However, when I showed him the photo in Exhibit J (which he had never seen before), █████████████████ stated that the photo showed █████████ approaching him and

_____

[13] ██████████ denies these allegations. She said that she never had the slightest interest in █████████████, did not pursue him in any way, and the "suggestive" position in the photo is a silly one she frequently uses in group shots.

grabbing him by the hand. He denied that she was helping him walk or that he was having any difficulty walking[14]. He told me he was not incapacitated or particularly intoxicated. He denied that he ever groped ██████ on the walk to the nightclub and he denied touching her buttock. When I asked if anything might have happened on the street that ██████ could have misinterpreted as a grope, ██████████████ insisted that if there was any contact, ██████ initiated it. They had a friendly evening and though he might have put his arm around her, he does not recall putting his hand low enough on her waist or hip that she could have thought he was touching her buttock.[15]

<u>The Fence Club Incident</u>

██████████ written response (Exhibit F) states that on November 2, 2016, he was invited to the "Fence Crush" party by his friend ██████. The party began at the Fence house on Crown Street and continued at Partners bar, where ██████████████ mingled with people and danced.  He recalls returning to his dorm around 12:30 or 1:00 a.m.

In our discussion, ██████████████ denied being intoxicated at the Fence party. He said he had several small drinks, the equivalent of one can of beer, while playing beer pong at the Fence House. At Partners, the club was serving Long Island iced tea with vodka and each person had a limit of two or three drinks so it was not possible for him to become intoxicated. ██████████ acknowledged that he might have talked to a girl at the Fence Club event who "might not have been thrilled" with him[16], but he did not pressure anyone for sex or otherwise violate Yale's sexual misconduct policy. He does not recall being confronted at the bar by anyone, and believes he left the bar of his own volition. He did later learn from ██. ██████ that there had been an email about some sort of incident at the Fence party that night, but ██████ did not say that the email was about him. He came to understand later that he was not welcome at Fence, but he told me he does not know why he's not welcome there or how he learned this. He was never told that he was barred from Fence, but the people there had never liked him because of his conservative politics and his strong personality.  He stopped going to the Fence house or Fence events because he felt unwelcome.

<u>The Harvard-Yale Party Bus</u>

██████████████ was invited to join the Harvard-Yale bus by his friend ██████████████, who was also good friends with ██████ and ██████. (██████ had been a close friend with whom he had once had a romantic relationship but he was no longer involved with her by the time of the Harvard-Yale weekend.) The group text organizing the bus indicated that it was "BYOB."[17] The bus was initially scheduled to depart at 4:00 pm on November 18. That afternoon there was a text changing the time to 5:00 pm, so ██████████████ had an early

---

[14] ██████████ also stated that the caption ("cutest couple") is "nonsense" because he and ██████ were never a couple and never had a romance or sexual relationship.

[15] ██████████ also denied being belligerent at the nightclub, though he acknowledged that after being refused admittance to the club, he did go up to the bouncer a second time to try to get the group of friends in, and stated that "any discussion with a bouncer would have been adversarial."

[16] ██████████ did not elaborate on what he meant by this.

[17] ██████████ computer was damaged and he told me he had great difficulty retrieving anything from it, but he was able to retrieve a few texts and photos.  He agreed that he was part of the group texts provided to me by ██ ██ (Exhibits M and N.)

dinner with some friends who had already graduated from Yale, and then he was running late. He was anxious that he did not have time to purchase alcohol for the bus ride, so he confirmed with his friend ████████████ that ██████ would share alcohol with him. There was also a text just before the bus departure that someone said they were going to make a deli stop[18] and asked if anyone wanted anything. ████████████████ asked for a Gatorade.

He got to the bus around 5:15 pm. As he got on the bus, ████████████████ sensed that people seemed annoyed with him, and he surmised that this was because he had delayed the departure of the bus. He sensed general animosity – people did not look at him or say hi to him. He had not previously met many of the people on the bus so he retreated to the back of the bus and sat with the friends that he had invited, ████████████████ and ████████████████. ██████████ and ██████████ and their friends were closer to the front of the bus. ██████████ does not remember them saying anything when he got on the bus but they seemed colder than normal and he thought they were annoyed, as were other people on the bus. The bus departed around 5:30 pm.

There was a lot of drinking on the bus. People brought their own drinks. ████████████████ had brought a fifth of Bacardi (i.e. 750 ml) and ██████████ shared that with both ██████████ and ████████████████. They wanted to make the bottle last, so they were not chugging it. Because it was not his bottle, ████████████████ asked ██████████ for a sip before each drink. He drank the rum with the Gatorade as either a mixed drink or a chaser. The bottle was finished by the end of the bus ride.

████████████████ described himself as becoming inebriated, but comparable to other people on the bus. He was not so intoxicated he had difficulty talking or walking (other than the difficulty anyone would have walking on a moving bus). He was not too intoxicated to have a clear memory of the bus ride, though he told me he might not remember all the details because the event took place so long ago.

During most of the bus ride, ████████████████ remained close to the back of the bus, where the music touch screen console was located. Early in the bus ride, he focused on figuring out how the music touch screen worked and for most of the ride he focused on playing music. He plugged his phone into the screen with an auxiliary cord and was responsible for playing music for everyone on the bus for most of the ride, playing songs on request. No one could control his phone because no one else had his pass code. He would cue a song and play one or two songs lasting three to four minutes apiece and was constantly responding to different people making music requests. He therefore did not move away from the back of the bus for very long - - at most, for no more than the time it took to play a couple of songs, or about seven minutes at a time[19]. Other than one brief occasion when ████████████████ unplugged ████████████████ phone and plugged his own phone in to play one song, ████████████████ remained in charge of the music for the whole ride.

About 30 or 45 minutes into the bus ride, people started dancing. ████████████████ danced too, in the general area of the middle of the bus, for the brief periods that he was away from his phone and his music responsibilities. ██████████ and ████████████ were in the front of the bus so

---

[18] The texts show that was ██████████ ("cc") (Exhibit M, p.10).

[19] When I shared ████████████████ description of his whereabouts on the bus with the complainants, they both insisted that he did move freely about the bus and, in any case, that his groping of them took far less than the seven minute segments he described as being away from his phone.

███████████████ was not near them, except for approximately 20 minutes when everyone was dancing.

About an hour into the ride, the bus started playing a drinking game called "Roxanne," to the song of that name by the Police.[20] The song is 3 minutes and 14 seconds long, and the game was played twice. Pretty much everyone on the bus played it, though ████████ and ██████ were closer to the front of the bus and he doesn't recall seeing them. He remembers there was a point at the start of the game when ████████ came closer to the middle of the bus, but he doesn't remember seeing ████████ in the middle of the bus at all. After "Roxanne," everyone was fairly intoxicated and "dancing like idiots." After that, ████████████████ went back to the back of the bus.

████████████████ unequivocally denies ████████ and ████████ allegations. He denies that he had any conversation with ████████ at the outset of the bus ride where he allegedly told her he was trying to work on not doing inappropriate things when drunk. He did not grope ████████ or ██████████, or any other women on the bus. He never sat next to ████████ or ██████ at any time. He did not pull ████████ down towards him nor did she ever tell him to stop doing that or anything else. He never sat on the top of a bench next to ████████, nor did he say "I want to fuck you" to her.

████████████████ recalls having one brief discussion with ████████ when they were sitting on opposite sides of the bus facing each other, before the drinking game. He does not remember the substance of that conversation but remembers talking to her across the bus.[21]

The only women ████████████████ recalls touching at all on the bus were two women with whom he danced - ████████████████ – and that was hand to hand touching, not close dancing or sexual touching of any sort.

By the end of the bus ride, ████████████████ was tired. He wanted to be energized for the rest of the evening in Cambridge, so he lay down in the back of the bus and took a nap. Someone woke him up when the bus arrived in Cambridge. They woke him because he was asleep, not because he was too inebriated to get off the bus of his own accord. That evening he stayed with a friend, ████████████, at ████████ Harvard dormitory. ████████, ████████, ████████████, and another Harvard friend, ████████████, all went out later that evening. ████████████████ did not reconnect that evening with the other people who had been on the bus.

After the bus ride, ████████████████ did participate in a group text with some of the people on the bus where he asked where everyone was and what they were up to (Exhibit N). Most of the people on the text ignored him. One person said "go home." ████████████████ told me that this was consistent with the way most people had treated him on the bus ride. He felt that people were reacting negatively to him in part because he had delayed the departure of the bus, but mostly because the majority of the people on the bus were liberals who were at the opposite end of the political spectrum from him. He said he had had some degree of campus notoriety because of his columns in the Yale Daily News, especially around the "Master Title" debate. As a result, he thought most of the people on the bus were not very fond of him. Many people were

---

[20] When the word "Roxanne" is heard, one team would take a drink; when the words "Put on a red light" were said the other team drank. The teams were the two sides of the bus.

[21] ████████ denied every sitting across from ████████████.

rude to him, glared at him, and ignored him throughout the ride. ██████████ in particular (the person who wrote "Go home" in the post-bus ride text) had shown animosity towards ██ ███████████ in the past and on the bus.[22]

███████████ told me he was shocked and surprised to learn that ████████ and ██ █████ had brought these complaints. Before learning of the complaints, he had no idea that either of them was upset with him about anything that had happened on the bus or any other issues involving alleged sexual misconduct. In fact, both ████████ and ████████ continued to be friendly towards him and socialized with him, including several times at their initiative. He and ███████████ remained in a poetry class together and still sat together, studied together, and had dinner together. He and ████████ continued an Instagram correspondence, and shared cartoons. If anything, they got a little closer in the weeks following the bus trip. On November 26 – just a week after the Harvard-Yale bus ride, ████████ texted ███████████████ about coming to a party he was hosting in New York. (See Exhibit O.)[23] And on New Year's Eve, both ████████ and ████████ sent him a snapchat asking where he was. He invited them to a party, and they had some back and forth about where the party was – all illustrating that both young women bore no animus to him about anything that preceded these communications[24]. ███████████ expressed frustration at what he regards as the obvious inconsistency between ████████ and ████████ current complaints about alleged incidents dating back to November 2016 and earlier, even though both of them continued to be friendly to him and proactively reached out to him in the weeks immediately after those alleged incidents.

While not wanting to speculate about the complainants' motivation for filing these complaints, ███████████ did tell me that he believed the complainants felt dislike for him because of his politics, as discussed above. Additionally, he had spurned ████████ advances towards him a number of times (although he did not provide any examples of this apart from his description of the events in Paris in June 2016).


<u>WITNESS INTERVIEWS</u>

Because of the stark differences between the complainants' accounts and the respondent's, I spoke with as many as possible of the individuals whose names came up in connection with the incidents referenced in these cases. I spoke by phone with several of the students who attended the party in Paris as well as the party at the Fence club, and with over a dozen of the students who rode on the bus to the Harvard-Yale game, as well as ███████████████ friends at

---

[22] ████████ denied this.

[23] The first line of the text indicates that it was initiated by ████████, who asks "R u still having a party." ████████ told me this text was entirely inconsequential to her – she frequently texted lots of people in New York to see what might be happening and in any case did not go to the party in question.

[24] In their discussions with me, both complainants maintained that although they did continue to have casual social interactions with ███████████ in the months after the Harvard-Yale bus, those interactions ended by February 2017. By the time ████████ uninvited ███████████ from the Cancun trip, there was no more interaction between complainants and ███████████, and the complainants believe he likely knew that the reason related to his past sexual misconduct.

███████████, in turn, told me that he did get ████████ text about the Cancun trip and responded that he knew he was not wanted on the trip. (He told me his friend ████████ had conveyed that message.) ████████ ████████ did not know why either ████████ or ████████ would have been upset with him. He thought he was a late "add-on" to the Cancun trip who had been invited so there would be more people to split the costs of the trip, and he thought perhaps they eventually had enough other participants so they no longer needed his financial contribution.

Harvard, and the bus driver. I also spoke briefly with former Title IX Coordinator ██████████ and with Dean Parndigamage. The chief points obtained from those interviews are summarized below[25].

The Paris Incident

- ██████████ (October 5 and October 18, 2017). On June 17/18, 2016, ██████ had a party with about 15 people at the apartment in Paris where he was staying at the time. ██████████, ██████, and ██████████ were there. He recalls that they walked to a nightclub but were unable to get in for some reason, and ██████████ was belligerent with the bouncer. ██████ doesn't recall anything noteworthy on the walk. He did not see ██████████ touch ██████. He does not recall taking the photo of ██████████ and ██████████ on the street, but told me it looked like something he would have taken and posted on his "Snap Story," where ██████ could have taken a screen shot of it. He did not recall the caption on the photo but did not think that there was ever a romantic relationship between ██████ and ██████.[26] He recalls that ██████████ was much more inebriated than other people that night, and it is possible that ██████ might have been holding his hand to steady him but ██████ does not remember this clearly.

- ██████████ (October 10, 2017 and November 2, 2017). ██████ attended the party at ██████, and walked to the night club with ██████████ and ██████████. She had quite a bit to drink and does not remember how the whole night went, but recalls clearly that ██████ was supporting ██████████, who was having difficulty walking. After not getting into the club, ██████ and ██████ took an Uber back to ██████ hotel. She recalls ██████████ saying "No, don't leave" and they were uncertain whether to leave him in his state of inebriation, but ultimately they did. ██████ did not see ██████████ groping ██████, but the next day ██████ told her that ██████████ had groped her when they were walking on the street. ██████ told ██████ that she had had similar experiences with ██████.

  ██████ told me there was absolutely no truth to ██████████ suggestion that ██████ had any interest in ██████████ or that she came onto him in Paris. At the time that they were all in Paris together, ██████████, ██████, and ██████████ were good friends and they would all be silly together. ██████ pointed out that in one of the photos of that night ██████████ is "bear hugging" her. She felt that there was always a fine line between his friendly but overly aggressive physicality and inappropriate touching.

The Fence Club Incident

- ██████████. (October 10, 2017). ██████ was at the Fence Club party on November 2, 2016 and witnessed ██████████ aggressively hitting on a woman there, dancing very close to her, and rubbing up against her repeatedly while the woman tried to move away. ██████ believes that the woman later complained to the people who

---

[25] For ease of discussion, the witness interviews are grouped by alleged incident. For a few witnesses who provided information relevant to more than one incident, that information is split among the incidents.

[26] I interviewed ██████████ before ██████████ told me that ██████ had been coming onto him at ██████ party in Paris, and therefore I did not obtain ██████ feedback on this subject.

ran the party.

- ████████████ (October 19, 2017). ██████ lives at the Fence Club house. At some point he became aware that ████████████ had been banned from Fence events and from the Fence house, allegedly because of his aggressive conduct with a woman who was at a Fence party last year.

- ████████████ (November 1, 2017). ████████ is a member of the Fence Club and on its executive committee. She is the ████████ responsible for events. On November 2, 2016, Fence had a "crush" event where members were allowed to invite guests. Both ████████ and ████████████ were invited guests. ████████ saw "careening around the dance floor, stumbling and falling all over women." A woman came up to ████████ and complained about ████████████ behavior, saying that he was being very aggressive with her, dancing very suggestively, and that she had been trying to move away but he was not taking no for an answer. ████████ went and spoke with the ████████████, who had already had several complaints about ██ ████████████ behavior. The next day ████████ sent around an email asking people to be careful who they invited to Fence. The executive board later met and decided to put ████████ on a "black list" not to be invited to future Fence events. The committee spoke with the people who had invited ████████████, ████████████ and ████████████, and told them not to invite ████████████ to future Fence events because of his behavior, and asked them to inform ████████████ of this. As far as ████████ knew, either ██ or ██ did speak with ████████████ but ████████ did not know what they told him.

- ████████████ (November 3, 2017). ██ is a member of the Fence Club. He invited ██. ████████████ to the party at Partners that occurred on November 2, 2016. At that party, a woman complained to the ████████████ that ████████████ had behaved inappropriately with her. ██ did not witness the alleged incident himself, but the Fence ████████ sent an email about it to members the next day. ██ later learned that the subject of the email was ████████████, when a mutual friend told ████ she had seen ████████████ behaving in a belligerent and sexually aggressive way with the woman who had complained. ██ was asked to tell ████████████ that he was no longer allowed to come to Fence functions as a result of his behavior at the party. He did that, and ████████████ expressed remorse.

  ████ also told me that a few months later, he spoke with ████████████ about ████ ████ and ████████ wanting ████████████ not to come on the Cancun trip over Spring break. In a group chat planning that trip, ████ and ████ had expressed their concerns that ████████████ was likely to get drunk and encroach on their personal space. ████ thinks that when he told ████████████ that he was unwelcome on the trip, ████ also told ████████████ it was because the women were concerned about his conduct.

The Harvard Yale Bus Incidents

The following are summaries of my interviews with passengers on the party bus to the 2016 Harvard-Yale football game.

- ███████████ (October 4, 2017). ███████ told me that about half way through the bus ride, he started noticing ███████████ acting peculiarly. He was moving around a lot on the bus. He would get up and go over to a woman who was sitting alone, sit down next to her, and either put his arm around her shoulder or on her leg. The woman would look uncomfortable and either push his arm off or get up and move away. ███ did not remember specifics about who this happened to but at a certain point he was talking to one of the woman on the bus, ███████████. They decided that what was happening was "gross" and they would try to stop it by placing themselves physically between ███████████ and women to physically separate them and create some space. They did this, although the women would usually have separated themselves by the time they got there.

- ███████████ (October 4, 2017). ████ told me that ███████████ seemed much drunker than others on the bus. He was cruising around the bus, moving close to women. ███████████ was sitting across from ████ and ████ brother ███, who had come along on the trip though he was not a Yale student. They could see ███████████ putting his hands on everyone, including ████ herself. He slid next to her and tried to put his arms around her but she immediately moved away. She saw this happen with another friend, ████, who pushed him away.

  ████ and ████ saw ███████████ slide onto the ledge next to ███████ and put his arm around her. ███████ looked uncomfortable. It looked like she did not want to be touched. ████ was livid. He said, "This guy is a creep and we have to do something, he's not ok." But ████ did not want to make a scene with people that she didn't know that well and who she thought could take care of themselves. She doesn't remember how it ended. She thinks ███████ got up and moved away, and later ███████ and her brother had a long conversation.

- ███████████ (October 4, 2017). ████ is three years older than ████. He had met ████ ███████ once, but otherwise did not know anyone on the bus except his sister. He noticed ███████████ early on the bus ride because he was "wasted" within minutes of the start of the ride. ████ and ████ were sitting near the front of the bus, away from the dancing and singing. ████ noticed ███████████ kept going up to women and putting his arms on them in a way that looked "weird." He heard women saying things like "████ go away and stop touching me" and he would move on to the next woman, making his way around to most of the women. At one point, ███████ was sitting across from ████ and ████, and ███████████ put his arm around her. It was ████ sense that ███████████ was "sexually pestering" ███████, though he does not remember the details of their interaction. It seemed that ███████ was talking to ███████████ and telling him to get himself under control. ████ also recalls one of the other men pulled ████ away from one of the women.

  ████ told ████ he thought they should say something to ███████████ but ████ did not want to make a scene. She thought the women could handle it. Then ███████████ put his arm around ███████ waist and she said loudly "What the hell are you doing" and pushed him off. By that point ████ was upset and wanted to confront ███████ but ████ was afraid there would be a fight so he did nothing. After he got off the bus he was steaming and he had a long conversation with ███████, as she was the only woman there who he knew a little. He asked her if she was ok and she said "Well, it wasn't the first time. We all know how to deal with him." ████ suggested that someone should tell ███████████ to stop this behavior.

18

- ███████████████████ (October 5, 2017). ████ told me she was drinking fairly heavily on the bus ride so her memory is somewhat hazy, but she recalls that ████████ ████ behavior stood out because he was going around putting "very heavy arms" around women in a "seemingly very drunk and unreciprocated way." Women looked uncomfortable and seemed to draw away from him. She saw this happen to at least four or five women, but could not hear what was said because it was too loud. She did not see groping but she told me she thinks that would have been difficult to see given the atmosphere, i.e. people standing close to one another in dim light. ████ had a brief encounter with ████████████ herself where he put his arm around her "in a very heavy way" and she quickly took it off and walked away. At one point, she heard one of the guys on the bus who saw one of their friends looking uncomfortable say "I'm going to go over there and make some space for her." She does not specifically remember seeing ████ ████████████ interacting with ████████ or ████████.

- ████████████ (October 5, 2017). ████ told me that ████████████████ was much drunker than other people on the bus. He was slurring his words and stumbling, very loud and rambunctious. She saw him sit down next to one of her friends and grab her as if to kiss her. At first her friend laughed and pushed back but ████████████████ kept doing it and eventually her friend clearly said "stop." Her friend stood up and ████████████ grabbed her buttock and her friend moved away. ████████████ also tried to grab ████. She pushed him away. ████ said, "In a sort of dark awful way it was almost horribly comical." ████████████████ was following girls around the bus and they were moving away in a group. She did not see anything happen between ████████████ and ████ or ████████ but in the last half hour of the bus ride, there was a general conversation on the bus about what they were all seeing take place with ████████████ ████. At that point both ████████ and ████████ said they had been groped.

- ████████ (October 5, 2017). ████ described ████████████████ as "indiscriminately groping women" on the bus, and so drunk that towards the end of the bus ride he lay on a bench and just grabbed people as they passed by. ████ saw him grope at least three different women, and almost every woman on the bus was actively avoiding him. ████ thought the behavior was awful and shocking, and he tried to put himself between Mr. ████████ and women. At one point ████ said "what the fuck!" to ████████████ and tried to stop him, but ████████████████ was either too drunk or feigning it to respond. He mumbled something like "sorry" but kept misbehaving. There were many more women than men on the bus, and ████ recalls that one or two of the other men also tried to help.

  ████ saw ████████████████ trying to grab at ████████ legs. He also saw ████ ████████████ sitting very close to ████████ and "relentlessly leaning into her." She looked very uncomfortable while ████████████████ seemed to be talking into her ear.

  After the bus ride, ████████████ was texting the group to see if they were at a party. ████ texted "go home" because he was so disgusted with ████████████. Other people agreed with ████ sentiment by adding "love" to it. ████ was offended when I related to him that ████ had suggested that ████ had written "go home" because of political animosity and he unequivocally denied that his comment was related to anything except ████████████ inappropriate behavior.

  ████ is also a member of the Fence Club and aware that ████████████ was blacklisted from it because of his very aggressive, persistent behavior with a woman at the

19

Fence party on November 2, 2016.

- ████████████ (October 9, 2017). ████████ recalled vividly that ████████████ was very inebriated. She saw him moving drunkenly between different women, sitting very close to them and the women looked uncomfortable. She did not recall specific incidents except one with a close friend. ████████████ was acting very aggressively towards the friend, putting his arms around her and on her leg. The friend kept trying to back away and mentioned it to ████████, who confronted ████████████ and said "Would you please stay away from her." After that the friend successfully avoided ████████████. ████████ spoke with ████, one of the men on the bus, about what they were seeing, and they decided to try to get in between ████████████ and the women he was bothering.

- ████████████ (October 10, 2017). ████████ organized the party bus with ████████ and remembers it distinctly. ████████████ got extremely drunk and ████████ saw him touching women's buttocks and putting his arms around their waists, but she does not remember particular women. The next day, everyone was talking about how ████████ had been grabbing lots of women, and ████████ said that ████████████ had groped her on the bus. ████████ also heard the same thing from ████████████, but is not sure if she heard this that day, or later, as there was a "culture" of constant discussion about ████████████. ████████ response to ████████████ suggestion that there was political animosity towards ████████████ on the bus ride is that it was a "preposterous" notion. She and ████████ were the ones who invited ████████████, and he had lots of friends on the bus. If there was animosity towards him, it was only because of his behavior there.

- ████████████ (October 18, 2017). ████████ described the atmosphere on the bus as one where everyone was steadily drinking. He remembers what happened on the bus, but with the caveat that there might be holes in his memory because of his own drinking. He remembers distinctly that he was running late to the bus because he was picking up alcohol for lots of people, including ████████████ and their friend ████████████, who split a "handle" of alcohol (1.75 L)[27]. He got to the bus last and took the last available seat; ████████████ was already there, and they sat together towards the back of the bus. There were distinct groups of friends on the bus, but no animosity. ████████ and ████████ and their friends were towards the front for the first half of the ride. Later, as drinking continued, dancing began and there was some reshuffling, with some of the girls moving to the back. He does not recall seeing ████████ or ████████. ████████████ mostly controlled the music.

  ████████ did not remember anything unusual. It was a party atmosphere. Lots of people sat on the backs of the benches with their feet on the seats to make room for others to dance. There was no "drama." He shared the handle of Bacardi or vodka that he purchased with ████████████ and ████, but he also drank other people's alcohol and he doesn't know if ████████████ also did that. They poured the alcohol straight from the bottle and chased it with soda. He was pretty inebriated, as were others. He doesn't think ████████████ was more inebriated than others, but on the other hand, he thinks that he and ████████████ were drinking about the same. He did not observe any hostility or animosity towards ████████████. He did not observe any interactions between ████████████ and any women on the bus that looked wrong, and didn't hear any talk

---

[27] There is a discrepancy between ████████████ recollection of the size bottle that he shared with ████ and ████████ (a fifth, or 750 ml) and ████████████' recollection (a handle or 1.5 L).

about that. At the end of the ride, ███████████████ got up without any help. ███████ did not see him again that night.

- ████████████████ (October 20, 2017). ████████████████ invited ██████ on the bus. People were in good spirits and had a good time drinking and dancing. ██████ did not recall that ████████████████ was late and did not notice any annoyance or animosity towards him. He thinks it's possible ████████████████ was a bit more inebriated than others on the bus and there may have been some annoyance about that. He did not recall sharing alcohol with ████████████████ and ████████ and does not recall what ████████ was drinking. ██████ and ████████████████ were towards the back middle part of the bus, but there was lots of movement around, and this included ████████████████. ██████ did not recall anyone in particular being in charge of music; he thought different people plugged their phones into the bus music system. ██████ did not see ████████████████ interacting with ████████ or ████████████, nor did he remember any interactions or touching between ██████ and any other women. He had a vague recollection of one woman expressing some annoyance that seemed to be about ████████████████ level of intoxication, something along the lines of "ok, it's time to stop" but it did not rise beyond the level of a minor comment. At the end of the bus ride, ████████████████ had fallen asleep. When they got off the bus, he and ████████████████ briefly met a mutual high school friend, ████████, and then parted ways as ████████████████ stayed with ████████.

- ████████████████ (October 25, 2017). ████████ described the bus as "a party on the bus," happy with lots of music and alcohol. There were many mixed drinks in juice bottles and much passing of drinks. She was more towards the front end of the bus near ████████, and recalls ████████████████ as more towards the back of the bus, but there was a lot of moving around once the music began. She did not notice any interaction between ██████ ████████████████ and ████████ or ████████. However, she herself had an interaction with ████████████████. He was much more intoxicated than other people on the bus, slurring his speech, falling over. He came over to her where she was dancing and came very close to her. She tried to move away and he followed her. Though they had never met, he told her he was in love with her. She told him to go away but he tried to dance with her, very close. He was so persistent that she gave him her phone number just to get rid of him. Finally, her friend ████████ told him to back off and he did. After that she stayed away from him. At the end of the bus ride, his friends had to help him off the bus. He asked her if she wanted to go with him to "G-Heav" – a New Haven place – although they were in Cambridge.  She was on the group text later where people told ████████████████ "go home" because it was clear he was very drunk and needed to get sober.

- ████████████████ (October 25, 2017). ██████ drank quite a bit on the bus, but he remembers that ████████████████ drank much more than other people. ██████ did not notice any interactions between ████████████████ and ████████ or ████████, or any particular interactions with other women. He did overhear people around him saying that ████████████████ was acting weird and coming onto women who had no interest in him, making advances that "were not appreciated." ██████ had the impression that some people were trying to isolate ████████████████ to a "bubble" of a small group. He recalls the atmosphere more than specific incidents.[28]

---

[28] ██████ also mentioned being in Paris at ████████ party, but as none of the other individuals I spoke with recalled him being there, it appears he may have been confusing that occasion with a different party at ████████ apartment during the summer when they were both in Paris. In any case, he did not recall seeing any interaction between ████████████████ and ████████.

- ██████████ (October 26, 2017). ██████ did not specifically recall seeing ██████████ ████████ interact on the bus with ████████ or ████████. However, she saw his interactions with several women on the bus, his arms around them, very close and loud. She recalls discussing the situation with ██████ and her brother; the brother was very upset and wanted to intervene.

- ██████████ (November 1, 2017). ██████████ did not specifically see ██████████ ██████ with ████████ or ████████ but she "saw a scenario unfold" where ██████████ ████████ moved from woman to woman. He was clearly drunk and acting weird. Most people were dancing in the center of the aisle with their backs to the window and it was crowded. ██████████ would repeatedly put himself between the dance aisle and a woman, closing her off with her back pressed against the seat. There were also women sitting on top of the seat back with their feet on the bench and he sat next to several women, very close to them. ████████ herself had a disturbing encounter with ████████████ on the bus. He approached her, looking her up and down suggestively all over her body, invading her personal space and leering at her. She asked him to back off and got up. He followed her to the dance floor and danced much too close, looking her up and down. She moved to another section in the back of the bus.

In addition to the passengers on the Yale-Harvard bus, I also spoke with two students with whom ██████████████ spent time in Cambridge on November 18, 2016.

- ██████████ (October 20, 2017). ████████ is a Yale student who was not on the same bus as ████████████, ████████ and ████████, but he went to Cambridge on a different bus the same evening. He had dinner with some Yale friends, including ████████, who had been on the bus with ██████████████ and didn't say anything noteworthy about the bus ride or anything at all about ████████████. Later, ████████████ and his friends went to a dance hall in Cambridge called the Annenberg Center, where he saw ████████████. They spent time talking with friends and ████████████ participated in the conversation. He did not seem particularly intoxicated.

- ██████████ (October 20, 2017). ████████ is a Harvard student and high school friend of ████████████. On November 18, 2017, he met ██████████████ at the bus about a block from his dorm. ████████████ did not seem intoxicated, though he did say there had been drinking on the bus. They walked back to the dorm, where ████████ took a nap. Later they went out, to a dance at Annenberg Center. There they met up with ████████████ and ████████████, who had also gone to school with ██████ and ████████████. There was no discussion about the bus from New Haven to Cambridge and no indication that anything had happened on it.

I also spoke with the bus driver, ████████████ of Metro West Limo, the affiliate of U.S.Coachways that operated the bus to the Yale-Harvard football game. ████████████ remembered that the passengers on the Harvard Yale bus were a "rowdier crowd than usual" and that there were a lot of water bottles with alcohol. Otherwise he remembered nothing that stood out.

Finally, I spoke briefly with ████████████, former Title IX Coordinator (on October 18, 2017) and with Dean Nilakshi Parndigamage (on October 19, 2017). ████████████ told me that ██ ████ came to her with concerns about ████████████ behavior twice in November

CONFIDENTIAL

2016. ██████ did not, at that point, discuss any sexual misconduct directed towards herself, but reported to Title IX in her capacity as ████ , describing her concern about ████████ ████████ behavior at the Fence Club and on the Harvard Yale bus, and expressing that she wanted to get help for ████████████ . ████████ told me that she spoke with ██ ████████ on November 30, 2016. She told him that a report had come to her describing behavior involving touching without consent. It is her practice not to share who made a report but she always makes an effort to be sure the individual understands Yale's sexual conduct requirements and she is sure she did that with █████████████ . ████████ told me that in February 2017, she met again with █████████ and on the same day she also met with ████ about ████████████████ behavior, including his behavior on the Yale-Harvard bus.

Dean Parndigamage told me that she spoke with █████████████ in February 2017 about a report of sexual misconduct that had come to her. Her goal was to give him a 'heads up," without passing judgment on whether or not the report was true.

Respectfully submitted,

Dorit Heimer, JD
Impartial Fact Finder