**EXHIBIT J**

CONFIDENTIAL

University-Wide Committee on Sexual Misconduct
Complaint of ▇▇▇▇▇▇ against ▇▇▇▇▇▇▇▇ and
Complaint of ▇▇▇▇▇ against ▇▇▇▇▇▇

## SUPPLEMENTAL FACT FINDER'S REPORT

December 7, 2017

INTRODUCTION

I submitted the Fact Finder's report in this case to the UWC on November 15, 2017.  A hearing in this matter was held on November 27, 2017. Thereafter, the UWC Panel Chairperson requested on behalf of the panel that I obtain additional information from two individuals that I had not previously interviewed (▇▇▇▇▇▇ and ▇▇▇▇▇▇).  Additionally, the UWC Panel Chairperson asked me to make further inquiries of one of the witnesses with whom I had previously spoken (▇▇▇▇▇▇).

This supplemental report describes my initial methodology for determining which witnesses I interviewed, as well as the information that I have now obtained from the three named witnesses.

SUPPLEMENTAL FACT-FINDING

**Initial Selection of Witnesses**

As is my practice, at each session of the interviews that I conducted with each party, I invited the parties to identify any witnesses that they thought would provide relevant information and that they wished me to interview. After each interview session, I followed up in writing with the parties, asking them to send me any documents or other materials that they wanted me to consider as part of my fact-finding, and reiterated the invitation to provide me with the names of any witnesses that the parties wanted me to speak with.

For each witness identified by the parties, I asked the parties to provide contact information[1], and I promptly reached out to all of those individuals by email. With the exception of one person who declined to speak with me (▇▇▇▇▇▇, identified as a potential witness by ▇▇▇▇▇▇), I spoke with every individual that the parties asked me to speak with. I also spoke with several additional individuals based on information I obtained from those witness interviews.

In concern for the privacy of the parties and witnesses, it is not my practice to speak with every conceivable witness to an event, particularly where such evidence seems likely to be cumulative. However, given the wide disparity between the accounts of the complainants on the one hand and respondent on the other, I did try to speak to as many witnesses as possible. None of the parties suggested that I speak with ▇▇▇▇▇▇.

**Supplemental Interviews**

1) The Harvard Yale Bus Incident

Following the hearing on November 27, 2017, I was advised that ▇▇▇▇▇▇ had indicated to the panel that he wished I had spoken with ▇▇▇▇▇▇ and ▇▇▇▇▇▇. I was told that ▇▇▇▇▇▇ reported that he had danced "intimately" with his two close friends, ▇▇▇▇

---

[1] I do not have access to Yale's internal email directory.

and ▇▇▇, and he suggested that this might have been misinterpreted by others on the bus as groping . The Panel Chair recognized that ▇▇▇▇▇ had previously declined to speak with me, but asked me to reach out to her again, as well as to ▇▇▇▇▇ for the first time, in order to learn what those witnesses might recall about their experiences on the November 2016 bus trip from New Haven to Cambridge. Both women agreed to speak with me.

- ▇▇▇▇▇▇ – telephone interview December 3, 2017

▇▇▇▇▇ reported that she had had a brief romantic relationship with ▇▇▇▇▇▇▇ for about a month, early in the fall of their freshman year (2015). By the time of the November 2016 Harvard Yale bus ride, they were friends but no longer very close.

▇▇▇▇▇ described the bus ride as very "hectic and crazy" with lots of excessive drinking and loud music in close quarters. She guessed that there were close to two large bottles of alcohol per person, with lots of bottles rolling around the floor. The atmosphere was a little claustrophobic. Most people (including ▇▇▇▇▇) were intoxicated. ▇▇▇▇▇▇▇, on the other hand, got very drunk to the point of incapacitation. By the end of the bus ride, he was passed out on a seat and people stepped around him to get off the bus.

▇▇▇▇▇▇▇ got very sloppy drunk. ▇▇▇▇▇ recalls him drunkenly putting his arms around women on the bus. Her impression was that he was trying to be friendly, not aggressive. She recalls him "trying to be friends" with her, putting his arm around her and possibly hugging her while talking to her. She may have hugged him, or he may have kissed her on the cheek; ▇▇▇▇▇ does not specifically recall those activities but told me they would have been likely. She does not remember dancing with him at all, and commented that she is not a good dancer and does not usually dance at parties. She definitely does not remember any intimate dancing.

▇▇▇▇▇ described ▇▇▇▇▇▇▇ as having the same level of friendship as she had with ▇▇ ▇▇▇▇▇▇. She also saw ▇▇▇▇▇▇▇ sloppily putting his arm around ▇▇▇▇▇ and standing close to her. ▇▇▇▇▇ did not see this as threatening or aggressive but more of a friendly embrace. Perhaps he was leaning too heavily into his hug, but ▇▇▇▇▇ did not look unhappy or say anything afterwards.

▇▇▇▇▇ did see one thing on the bus that was troubling and left a "menacing" impression on her. At one point on the ride, ▇▇▇▇▇▇▇ was sitting in a corner next to ▇▇▇▇▇ or possibly ▇▇▇▇▇▇. He reached over and put his hand on the woman's leg between her thighs. Based on the expression on the woman's face, it was clear that she was not at all happy and she may have pushed him away.

After the bus ride, there was a lot of talk among ▇▇▇▇▇ friends about how drunk ▇▇▇▇▇ ▇▇▇▇ had been and how he had been stumbling around. The next day, at a tail gate party at Harvard, ▇▇▇▇▇ met ▇▇▇▇▇▇ boyfriend and he was very angry. He asked ▇▇▇▇▇ "Where is ▇▇▇, I'm going to kill him because of what happened on the party bus". When ▇▇ ▇▇▇▇▇ asked what he meant, he told her that ▇▇▇▇▇▇ had said that ▇▇▇▇▇▇▇ had been inappropriate with her. Other than this conversation, ▇▇▇▇▇ did not have any discussions with anyone about any sexual misconduct by ▇▇▇ on the bus.

---

[2] I note that this account is inconsistent with ▇▇▇▇▇▇▇ assertion to me that the only touching that occurred on the bus was hand-to-hand dancing with ▇▇▇▇▇ and ▇▇▇▇▇, not close dancing or sexual touching of any sort. (See initial Fact Finder's Report, p. 14.)

2

- ███████████ – **telephone interview December 4, 2017**

███████████ repeatedly told me, in emails, that she was not comfortable speaking with me. She said that because the event on the Harvard Yale bus happened over a year ago, and because she has heard many people speak about it since, she is concerned that she could be conflating what she remembers with discussions after the fact. When I explained that a question had arisen about her own interactions with ███████████ and asked whether she felt more confident about her memory with regard to herself (as distinguished from events involving other people) she agreed to speak with me.

███████████ described her relationship with ███████████ during freshman and early sophomore year as one of "flirty banter." They never had a romantic or sexual relationship.

███████████ recalls the bus trip as involving lots of music, moving around, and alcohol. ███████████ was extremely drunk and it was unpleasant. Her impression was that he was pretty "forward" and made some girls on the bus uncomfortable. While her memory of specific interactions is unclear, that is not because she was intoxicated. She is not a drinker and had at most one shot of alcohol. However, she has seen and has personally had other interactions with ███████████ and is unsure about what happened on the bus as opposed to other occasions.

███████████ knows that ███████████ was "physical" with her. He grabbed her and tried to kiss her. She recalls pushing him off. She doesn't remember close dancing, but it was a very crowded bus and there was dancing. ███████████ may have had his arm around her. She doesn't remember precisely where else he may have touched her.

She did not feel seriously violated, but she definitely felt uncomfortable. However, she had trouble knowing how to respond to his behavior, especially given the nature of their "flirty" relationship, and because she knew that this is how he always behaved when he was drunk. She now feels some embarrassment that perhaps she did not discourage him clearly enough. As she stated, "this was █████ being █████." She did move away from him to the other side of the bus, and gave people looks about his behavior. Afterwards she stayed with her friends ███████████ and ███████████ and told them about her discomfort with ███████████ behavior towards her.

███████████ does not recall seeing any interactions between ███████████ and ███████████ or ███████████. She did see ███████████ trying to move away from ███████████ on the bus and recalls that soon afterwards, possibly while still on the bus or as they were getting off the bus, she heard ███████████ speaking adamantly about being uncomfortable with the way ███████████ had behaved with her.

███████████ does not remember witnessing specific interactions between ███████████ and ███████████, but noted that they were friends and she thinks ███████████ might have had his arms around ███████████.

Getting off the bus, ███████████ was still there, lying on a bench. As they got off the bus, lots of people were saying they felt uncomfortable about ███████████ behavior and were saying "leave him on the bus." It was hard for her to know if the women who said that were just joking around or if they really felt sexually violated.

███████████ told me that while she recognized ███████████ behavior on the bus as inappropriate, she did not feel it was so bad that she wanted to be involved with ruining his life. That is why she previously hesitated to come forward. She believes his issues are all related to alcohol and that he needs help.

3

2) <u>The Fence Club Incident</u>

Following the hearing in this case, the UWC Panel Chair also asked me to speak again with ███ ██████, whom I interviewed on November 3, 2017. The Panel Chair informed me that at the hearing, ████████████ reported having met with ████████ after my interview of ████████ in connection with this case. According to ████████████, ████████ account as reported in the Fact Finder's Report was inconsistent with what ████████ told ████████████ that ██ ██████ had told me in our November 3 interview. I was asked to discuss this with ████████ and to inquire whether my initial report accurately reflects what he recalls having said to me on November 3. I spoke with ████████ on December 5, 2017.

- ████████████ – **telephone interview December 5, 2017**

████████ told me that he had dinner with ████████████ on November 6, 2017. The subject of his interview with me came up at that dinner, but ████████ does not remember any substantive discussion about it, other than brief mention of the topics we had discussed, mainly the incident at the Fence Club. ████████ said that he told ████████████ that he had informed me what had happened around that incident, but he did not think they had discussed specifics at the dinner.

I explained to ████████ that ████████████ had suggested that the initial report was inconsistent with what ████████ told ████████████ he had told me on November 3, and I asked if he thinks the report of his account is accurate. I then read to ████████ verbatim the two paragraphs in the report that describe his November 3 interview (at p. 17), and asked him whether the report accurately reflects what he recalls having said to me on November 3.

████████ confirmed that the initial report accurately reflects what he told me on November 3 (and what he recalls to be true) in all respects, except for one minor error. He said that technically it was not he who invited ████████████ to the Fence Club's party at Partners. Rather, he and his friend ████████ together invited ████████████ and another guest; the four of them went to the party together, but officially ████████████ was ████████ guest[3]. Other than this, ████████ told me that the initial report of his account was "100 percent" accurate.

Respectfully submitted,

Dorit Heimer, JD
Impartial Fact Finder

---

[3] I note that in ████████████ response to ████████ allegations about the Fence Club incident (Exhibit F), he wrote that he was ████████ guest.

4