**EXHIBIT O**

**Yale College**

Marvin M. Chun, Ph.D.
Dean of Yale College
Richard M. Colgate Professor of Psychology;
Neuroscience; Cognitive Science

Tel: (203) 432-2902
marvin.chun@yale.edu

December 26, 2017

Ms. Aley Menon, Secretary
University-Wide Committee on Sexual Misconduct
Yale University

Dear Ms. Menon:

I am writing to convey my decision regarding the sexual misconduct complaints that ▮▮▮▮ and ▮▮▮▮ brought against ▮▮▮▮. After carefully reviewing the relevant documents, I have decided to accept the panel's findings of fact and the following conclusions reached by the panel:

- ▮▮▮▮ violated Yale's sexual misconduct policy by groping ▮▮▮▮ in Paris in June 2016.
- ▮▮▮▮ violated Yale's sexual misconduct policy by groping ▮▮▮▮ on a bus to Cambridge on November 18, 2016.
- ▮▮▮▮ violated Yale's sexual misconduct policy by groping ▮▮▮▮ on a bus to Cambridge on November 18, 2016.
- ▮▮▮▮ violated Yale's sexual misconduct policy by engaging in sexually harassing conduct that created a hostile academic environment for ▮▮▮▮.

I have decided that, as a result of these violations, ▮▮▮▮ (i) should be suspended from Yale for the spring semester 2018 and the fall semester 2018; (ii) should be required to petition for readmission upon the end of this period of suspension; (iii) should be required to receive sexual harassment training before his return to Yale or immediately upon his return; and (iv) should continue to receive alcohol counseling upon his return to Yale.

Sincerely,

*Marvin Chun*

Marvin Chun