**EXHIBIT P**



Yale University

UNIVERSITY-WIDE COMMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208365
New Haven CT 06520-8365
T 203 432-4441
F 203 432-9957

*courier*
1 Hillhouse Avenue
New Haven CT 06511

CONFIDENTIAL

December 27, 2017

<u>Delivered by Electronic Mail</u>

███████████████

Dear ████████████████ ,

I write to convey Dean Chun's decision regarding the complaints brought against you to the University-Wide Committee on Sexual Misconduct, following the hearing held on Monday, November 27, 2017 and the panel's report delivered on Friday, December 15, 2017.  This office provided Dean Chun with copies of the fact-finder's report and exhibits, the parties' hearing statements, the supplemental fact-finder's report, your response to the supplemental fact-finder's report, the panel's report and the parties' responses to the panel's report. You will receive separately copies of the responses from the complainants to the panel's report.

I am attaching here Dean Chun's decision.

For violating Yale's sexual misconduct policy, in the form groping and sexual harassment, you are suspended from Yale University effective immediately and through the Fall Term of 2018.  As provided in the Yale College *Undergraduate Regulations*, suspension results in forfeiture of all privileges of enrollment, including residence, attendance at classes, participation in organized extracurricular activities, and use of University libraries as well as of athletic and other facilities.  Suspended students are not permitted to return to campus during the period of suspension.  Any exceptions to this policy may be granted solely, in advance and in writing, by your residential college dean or the Yale College Dean of Student Affairs.

In accordance with Yale College policy regarding parental notification of any change in a student's official status, a copy of this letter will be sent to your parents.  You may wish to raise this matter with them in advance of the receipt of this letter.

You may appeal Dean Chun's decision.  If you choose to do so, you must appeal to Provost Benjamin Polak.  The appeal addressed to Provost Polak is due to me by 12:00 p.m. on Wednesday, January 3, 2018.  Please note that, as stated in section 7.7 of the UWC procedures, the only permissible grounds for appeal are (i) procedural error that prevented the hearing panel or decision maker from judging the matter fairly, or (ii) the discovery of facts that were not reasonably available to you prior to the hearing and that support or refute the allegation of sexual misconduct.

███████

December 27, 2017
Page 2

Should you have any questions, please contact me, at aley.menon@yale.edu.

Sincerely,

*[signature: Aley K. Menon]*

Aley K. Menon
*Secretary, University-Wide Committee on Sexual Misconduct*

Encl:   Dean Chun's Decision Letter

cc:     Marvin Chun
        Dean, Yale College

        Nilakshi Parndigamage
        Dean, Ezra Stiles College

        Stephen Pitti
        Head of College, Ezra Stiles College

        David Post
        Professor of Ecology and Evolutionary Biology and UWC Chair

        Mark Schenker
        Senior Associate Dean, Yale College

        Stephanie Spangler
        Deputy Provost and University Title IX Coordinator

        Marybeth Sydor
        Adviser

        Carla Braschi-Karam de Tenreir and Daniel Tenreiro-Picon
        Parents

        Margit Dahl, Michael Della Rocca (chair), Paul Genecin, Airenakhue Omoragbon and Arthur Swersey
        Panel

        UWC File