**EXHIBIT S**

# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

<u>BY E-MAIL</u>

October 12, 2017

▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇

Dear ▇▇▇▇,

I am writing to respond to your October 12, 2017 e-mail asking for additional information about the complaints that I gave you on September 22.

The complainants claim that you violated Yale's Sexual Misconduct Policies and Related Definitions, which state that, "Yale University prohibits all forms of sexual misconduct." The Policies also state that, "Sexual misconduct incorporates a range of behaviors including sexual assault . . . ." Finally, the Policies state that, "Sexual assault is any kind of nonconsensual sexual contact, including rape, groping, or any other nonconsensual sexual touching." "Groping" is not defined because, in this context, it has a common and clearly understood meaning: to use one's hands to grab, touch, or feel another person's genital area, buttocks, or breast without consent.

In regard to the allegations about the bus trip to Harvard, both ▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇ have provided the parties, the date, the location, and the conduct in sufficient detail to allow your interview with the fact finder to go forward on October 16. We will ask ▇▇▇▇▇▇▇▇ to provide additional detail about her other allegations, and, in the meanwhile, we will instruct the fact finder to confine her interview with you to the allegations that you groped the complainants during the bus trip to Harvard.

Thank you for raising these questions, and please let me know if I can be of further help.

Sincerely,

Aley

Aley K. Menon
Secretary
University-Wide Committee on Sexual Misconduct


cc:     Andrew Miltenberg, Adviser
        David Post, UWC Chair