**EXHIBIT U**

**SHARE Center Report**
**Sexual Harassment Assault Response & Education**
**2014-2015 Academic year**

Total # of Contact***         | 223 |

Number of Graduate Students*      | 63 |
On and off campus

|                              | Men | Women |
|------------------------------|-----|-------|
| Sexual Harassment            | 1   | 13    |
| Sexual Assault               | 3   | 22    |
| Stalking                     | 1   | 4     |
| Intimate Partner Violence**  |     | 4     |
| Support/Past Exp.            |     | 6     |
| Information                  | 1   | 8     |

Number of Undergraduate Students      | 102 |
On and off campus

|                    | Men | Women |
|--------------------|-----|-------|
| Sexual Harassment  | 1   | 8     |
| Sexual Assault     | 7   | 20    |
| Stalking           |     |       |
| IPV                | 2   | 4     |
| Support/Past Exp.  | 3   | 11    |
| Information        | 13  | 33    |

Non-Student      | 45 |
On and off campus

|                              | Men | Women |
|------------------------------|-----|-------|
| Sexual Harassment            |     | 8     |
| Sexual Assault               |     | 8     |
| Stalking                     |     |       |
| Intimate Partner Violence**  |     | 1     |
| Support/Past Experience      |     | 5     |
| Information                  | 2   | 21    |

Concerned Parent      | 2 |

Sensitivity Training (male & female) and/or seeking guidance after alleged offense      | 11 |

*Number includes responses from E*Value system at YSM

** Intimate Partner Violence does not include reported incidents of sexual assault.
Such incidents are reported under the heading of "Sexual Assault."

*** Initial contacts only: ongoing or follow-up meetings are not counted