UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : |
| | :   **Civil Action No:** |
|     **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES, | : |
| | : |
|     **Defendants.** | : |

**DECLARATION OF WILLIAM B. BILCHECK, JR., ESQ. IN SUPPORT OF PLAINTIFF JOHN DOE'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

**WILLIAM B. BILCHECK, JR., ESQ.** hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am admitted to practice in the courts of the State of Connecticut and am a member of the Bar of the Connecticut Courts. I am a member of the Law Offices of William B. Bilcheck, Jr. attorney for the plaintiff, John Doe ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's motion for a temporary restraining order and a preliminary injunction. Accompanying this Declaration is Plaintiff's Complaint alleging causes of action for violations of Title IX of the Education Amendments of 1972, breach of contract and other state law causes of action and Plaintiff's Memorandum of Law in support of Plaintiff's motion for a temporary restraining order and preliminary injunction.

3. I submit this Declaration to submit certain documents from the disciplinary case into the motion record in this Court.

[1]

4. Attached as Exhibit A is a copy of the 2015 Sexual Misconduct Procedures.

5. Attached as Exhibit B is a copy of the 2017-2018 Sexual Misconduct Policies.

6. Attached as Exhibit C is a copy of Jane Roe's university complaint.

7. Attached as Exhibit D is a copy of Sally Roe's university complaint.

8. Attached as Exhibit E is a copy of Jane Roe's supplemental university complaint.

9. Attached as Exhibit F is a copy of the Notice to Plaintiff of Jane Roe's complaint.

10. Attached as Exhibit G is a copy of the Notice to Plaintiff of Jane Roe's supplemental complaint.

11. Attached as Exhibit H is a copy of the first part of the investigator's report.

12. Attached as Exhibit I is a copy of the second part of the investigator's report.

13. Attached as Exhibit J is a copy of the supplemental investigator's report.

14. Attached as Exhibit K is a copy of Plaintiff's response to the supplemental investigator's report.

15. Attached as Exhibit L is a copy of Plaintiff's UWC Panel Hearing Opening Statement.

16. Attached as Exhibit M is a copy of the Panel Report.

17. Attached as Exhibit N is a copy of Plaintiff's Response to the Panel Report.

18. Attached as Exhibit O is a copy of the Disciplinary Decision.

19. Attached as Exhibit P is a copy of the UWC Notice of Decision

20. Attached as Exhibit Q is a copy of Plaintiff's Appeal.

21. Attached as Exhibit R is a copy of the Appeal Decision.

22. Attached as Exhibit S is a copy of UWC's Response to Plaintiff's Request for Policy Definition.

23. Attached as Exhibit T is a copy of the Statement on Confidentiality of UWC Proceedings.

24. Attached as Exhibit U is a copy of the 2014-2015 SHARE Center Report.

**WHEREFORE**, the Court should grant Plaintiff's application in its entirety, and should order such further and other relief as the Court deems just and proper.

I declare under the penalty of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

**Dated: New York, New York
         January 18, 2018**

*/s/ William B. Bilcheck, Jr.*
**William B. Bilcheck, Jr.**