**EXHIBIT I**

EXHIBIT A

**Subject:** Formal Complaint
**From:** ███████████████████████
**Date:** 9/18/2017 4:03 PM
**To:** David Post <david.post@yale.edu>
**CC:** ████████████████████████████████████
████████████████████

Hello,

I am ███████████, a junior undergrad at Yale College. I am writing to file a formal complaint against ████████████████████ for breach of Yale's Sexual Misconduct rules. On November 18th, 2016, I was on a chartered bus to the Harvard Yale game with ██████ and some other people. He sat next to me and groped my left breast and butt, which was sexual harassment. This was in view of others. I just met with the Title IX office and decided afterwards to file this formal complaint. Please let me know of what the next step is.

Thank you,
██████████

**1**

EXHIBIT B

**From:** █████████
**Sent:** Monday, Sep 18, 2017 4:06 PM EST
**To:** David Post
**Subject:** Formal Complaint

Dear Professor Post,

I am writing to file a formal complaint against ███████████████.

First, I am filing a complaint in regards to two instances of ████ groping me. The first took place on June 17, 2016 in Paris. The second took place on November 18, 2016 on a chartered bus from Yale to Harvard.

Second, I am filing a complaint in regards to a hostile environment created by ████ for countless women at Yale, including myself, who are in fear and discomfort because of his behavior.

████████████

████████████

Yale College

**2**

EXHIBIT C

**From:** ███████████████████████████
**Date:** Thursday, September 21, 2017 at 4:33 PM
**To:** "Menon, Aley" <aley.menon@yale.edu>
**Subject:** Re: Formal Complaint

Dear Aley,

I included the second portion of my complaint based upon the context of the incident I reported on November 18, 2016, in which ███ groped and acted aggressively toward several women on the bus ride, just as he did towards me, creating an environment such as I described. In addition, from the spring of 2016 through the fall of that year, I witnessed ███ behavior form a pattern of incidents such as this in various party spaces. I base this portion of my complaint on the fear and intimidation that I felt as a result of his behavior and the harmful pattern that his behavior established. Please let me know if this requires more clarification. Thank you again for following up with me.

Best,

███████

**3**

EXHIBIT D

# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

BY E-MAIL

October 19, 2017

▉

Dear ▉,

I am writing to supplement the attached letter that I sent to you on September 22, 2017, notifying you of the formal complaint that ▉ has brought against you to the UWC.

▉ has added the following allegations to her complaint:

(1) ▉ alleges that, on June 17, 2017 or the early hours of June 18, 2017, you groped her while you and she were walking together on a boulevard in Paris on your way to a nightclub, after attending a party at the apartment of Yale student ▉. ▉ alleges that this conduct represented sexual assault in violation of Yale's sexual misconduct policy.

(2) ▉ alleges that, on November 2, 2016, you and she attended an event that was hosted by a social group called Fence at a New Haven bar called Partners. She alleges that you acted very aggressively towards a woman whose name she does not know and that you stood very close to the woman and pressed her for sexual interaction. ▉ alleges that this incident, together with the incident on the bus to the Harvard game described in her initial complaint and the incident in Paris described above, created a hostile academic environment for her and represented sexual harassment in violation of Yale's sexual misconduct policy.

You may provide a written response to these additional allegations and you may include supporting documents and other evidence. If you wish, the response at this stage can be short and you may provide a longer descriptive response to the fact-finder. Should you wish to respond at this point, please do so in writing or by e-mail to me within five days of this notice, i.e., by 12:00 p.m. on Tuesday, October 24, 2017. All statements and other evidence that you submit will be shared with ▉.

**4**

October 19, 2017
Page 2


I understand that you are scheduled to meet with the fact-finder on Monday, October 23, 2017. Please let her know if you would prefer to reschedule that meeting until after Tuesday, October 24, 2017. Like the initial complaint, this letter will be shared with the fact-finder.

Sincerely,

Aley

Aley Menon
Secretary, University-Wide Committee on Sexual Misconduct


Encl:   Notice of Complaint

cc:     David Post, Professor of Ecology and Evolutionary Biology and UWC Chair
        Marybeth Sydor, Adviser



# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

September 22, 2017

Delivered by Hand

[REDACTED]

Dear [REDACTED],

The University-Wide Committee on Sexual Misconduct ("UWC") has received a formal complaint against you from [REDACTED]. The complaint alleges that you violated Yale's sexual misconduct policy, in the form of groping and sexual harassment. For further information regarding the allegations, please see the attached complaint. A copy of Yale's Sexual Misconduct Policies and Related Definitions is also attached here for your consideration.

Please note that if, in the course of reviewing this matter, the UWC hearing panel learns of other behavior that is related to the complaint and that may be a violation of Yale's sexual misconduct policy or other provisions of the Yale College Undergraduate Regulations, the panel may include that behavior in its review.

Please read carefully the attached UWC Procedures which set forth the details of UWC proceedings. I refer you in particular to section 7 of the procedures, governing the "Formal Complaint Process." As discussed in section 7.1 of the procedures, a subcommittee of the UWC has determined that the UWC has jurisdiction to hear this complaint.

You may provide a written response to the complaint and you may include supporting documents and other evidence. If you wish, the response at this stage can be short and you may provide a longer descriptive response to the fact-finder. Should you wish to respond at this point, please do so in writing or by e-mail to me within five days of this notice, i.e., by 12:00 p.m. on September 27, 2017. All statements and other evidence you submit will be shared with [REDACTED]. I will inform you by e-mail when a fact-finder and hearing panel have been appointed in this matter.

I remind you that there must be no contact – either direct or indirect – between you and [REDACTED] and that UWC procedures specifically prohibit retaliation against any person who brings a complaint or participates in the UWC process. The Title IX Coordinator for Yale College, Ksenia Sidorenko, will be in touch with you about the implementation of the no contact order and any other interim measures. If it is found that you have not complied with this requirement, that finding may lead to additional charges of misconduct.

**6**

All UWC hearing participants are expected to keep confidential all aspects of the UWC process as provided in the attached Statement on Confidentiality of UWC Proceedings. Please read carefully the statement.

I encourage you to choose an adviser to support you throughout this process. The adviser may provide personal and moral support and help you prepare for meetings related to the complaint. The adviser is not permitted to submit documents, either directly or indirectly, on your behalf at any stage of the process, nor speak for you during interviews with the fact-finder or at the hearing. When selecting an adviser, please make sure they are available to you during the time periods set forth in section 7.8 of the UWC procedures. If you should need assistance in choosing an adviser, please do not hesitate to let me know. The UWC has trained advisers who are available to support parties in this process. I ask that you provide me with your adviser's name and contact information prior to the meeting with the fact-finder. If you are intending to bring an attorney as your adviser, please inform me at least four days in advance of any meeting that the adviser will attend. For further information about the role of an adviser in UWC proceedings, please see section 5 of the UWC procedures.

Please contact me, at aley.menon@yale.edu or at (203) 432-4449, should you have any questions.

Sincerely,

*Aley K. Menon*

Secretary, University-Wide Committee on Sexual Misconduct

cc: Marvin Chun
Dean of Yale College

Nilakshi Parndigamage
Dean of Ezra Stiles College

David Post
Professor of Ecology and Evolutionary Biology and UWC Chair

Ksenia Sidorenko
Title IX Coordinator of Yale College

Stephanie Spangler
Deputy Provost and University Title IX Coordinator

UWC File

Encl: Complaint
UWC Procedures
Yale Sexual Misconduct Policies and Related Definitions
Statement on Confidentiality of UWC Proceedings

EXHIBIT E

October 3, 2017

To Whom It May Concern:

    I firmly deny all allegations made against me ███████████ and ███████████ on September 18, 2017 in emails to David Post.

███████████

**8**

EXHIBIT F

**Subject:** Response to Allegations
**Date:** Tuesday, October 24, 2017 at 11:02:25 AM Eastern Daylight Time
**From:** ▮
**To:** Menon, Aley
**CC:** ▮
**Attachments:** Jun. 17 2016.JPG, Jun. 17 2016.2.JPG, ▮ Response 10.24.17.pdf

Aley,

Attached please find a response to the October 19th allegations with two attached photographs.

Thanks,
▮

