

████████████████

**Oct. 24, 2017**

**JUNE 17, 2016**



On June 17, 2016 (not 2017, as the complaint states), I arrived at the rented apartment of ████████ (Yale 2019) in the 16th arrondissement in Paris at approximately 10:30 PM. When I got there, he was there with only his girlfriend ████████ (Yale 2019), but I knew that he had planned to have some friends over for a small party at his apartment. Approximately one hour later, other people started to arrive. ████████ arrived with her friend ████████ (Yale 2019). ████████ (a Tufts student who was in my French class) arrived alone. ████████ (Yale 2019) and ████████ (Yale 2018) arrived together. ████████ (Yale 2019) was also there, but I'm not sure whether she came with someone. I do not know the order in which they arrived, and I can't recall who else came, although I'm fairly certain there were others. It is hard to remember exactly who was present because ████ threw several such gatherings, and each one had different people.

Everyone was drinking wine and some had vodka. We sat around the small apartment and talked, and I recall playing a drinking game involving playing cards, but I can't remember which. The ambiance was positive and friendly. A little after 1 AM, somebody took photos of me with ████ and ████ which I have submitted to the investigator.

My memory of exactly what time I left the apartment is not specific since it has been fifteen months since that night. I know that ████, ████, ████, ████, and I tried to go to a nightclub called Duplex, but were not admitted. Duplex was close enough to ████ that we could walk. I recall us walking and having friendly, chatter. After getting rejected from the nightclub, I recall walking around a little bit, before leaving the group at approximately 3 AM. I went to meet a friend, a student from Northwestern, who was also in Paris.

**NOVEMBER 2, 2016**

On November 2, 2016, I went to a party called "Fence Crush," to which each member of the Fence co-ed fraternity gets two invites. It started at Fence's house on Crown Street around 10 PM, where I went with my friend ████████, who had invited me. There, we played beer pong and had a few drinks before going to Partners around 11 PM, the nearby bar where the event was hosted. At the bar, I mingled with people and danced. I also remember taking a few smoke breaks. I believe I left the party at approximately 12:30 - 1:00 AM and returned to my dorm.

EXHIBIT G



EXHIBIT H

EXHIBIT I

EXHIBIT J

EXHIBIT K



To: █████  █████████  ████████

iMessage 6/17/16, 9:21 PM

█████  📄 IMG_3932 🔍

This group chat is lit!!

██████  ████re you at the one we went to last time?   8:59 PM

████  ya hobo

██████  They won't let us in without a reservation

█████  We don't have a reservation
So they won't let us in

███  k wait outside   9:18 PM
where r u??

██████  We tried to give them 50 euros   9:21 PM
They wouldn't take it
So we goin home

EXHIBIT L



From:

Date: Thu, Nov 3, 2016 at 4:56 PM
Subject: [Fenceclub] [Please Read]
Psi<3U Postmortem
To: Fence Club
<fenceclub@mailman.yale.edu>

Fence friends,

Yesterday a few folks witnessed/experienced some concerning stuff at Partners. Near the end of the night, a shitfaced male guest was stumbling around & propositioning girls who were out here just tryna have a good time. I really hope that this was the only instance of this kind of behavior last night, but even if it was, i think it warrants a reminder nonetheless.

I'm not naming names, just reminding us all to be mindful of the people we bring into the spaces we share. And when we do welcome people in, we need to make sure things are copacetic always, and that their actions don't lend themselves to uncomfortable/ potentially harmful sexual and emotional climates. I'm going to always hold myself to this, and think we all should cause we love each other so much .

Also: we also should try our hardest not to grab the AUX and turn off RuPaul at a gay bar. Respect the space friendos.

Peace and love

Fenceclub mailing list

EXHIBIT M