

To: **Hide**

iMessage 10/31/16, 1:54 PM

greetings all! i am going to book this bus for harvard yale TODAY. it is a max 28 person bus and costs 898$ for one way trip nhv to cambridge. So it will be around 40-45 bucks each. we would leave friday the 18th. text me  separately to rsvp !! I WILL TAKE YOUR SILENCE AS ASSENT AND CHARGE YOU

10/31/16, 1:54:25 PM



To:                                                 Hide

iMessage 11/13/16, 4:24 PM

Hi guys, so the bus is gonna be $61 each because of tax or something which didn't show up until after i was charged. sorry bout that. pls venmo to ▮▮▮▮▮▮▮▮ the bus will leave from Davenport College (248 York Street) at 4 pm on friday

also to clarify if anyone is confused: I'm not organizing anything alcohol related so everyone can just bring their own or we can organize a collective plan idk someone else can take the reins on that !

a final note that there are technically 3 spots left open on the bus but i couldn't find anyone to fill them

4:24 PM





To:                                                                                              Hide

iMessage 11/16/16, 2:20 PM

um i forgot ███ also lol
THEREFORE 55$ !!!

Do we need game tickets to get into the tailgating area?          11/14/16

I was wondering the same thing                                      9:26 AM

Theres an insane line outside waiting rn                            9:28 AM

I'm not going to Harv / Yale 🏠
(I can still pay for my bus ticket tho!!)

███ I texted u separately but reminder to everyone pls venmo me 55$!   9:32 AM

I'll venmo now 👀👀                                                   9:34 AM

███ says u only need ticket for game
Not tailgating

WOOH                                                                9:38 AM

okay everyone hold up on the venmo there is a 24th person joining us! so   11:00 AM
we are at capacity and price will be lowered i will get back to you after my
class on how much it now is

(people who have already paid, i will venmo you back the difference)



WOOH                                                                                              9:38 AM

okay everyone hold up on the venmo there is a 24th person joining us! so     11:00 AM
we are at capacity and price will be lowered i will get back to you after my
class on how much it now is

(people who have already paid, i will venmo you back the difference)

okay only one dollar less 54$ lol S O R R Y FOR CONFUSION                     11:04 AM

Oh HOLLA for all the ppl who havent gotten tickets yet there is absolutely    2:09 PM
no line and lots of tickets still on sale as of now!!

Hey so it seems like the other buses are leaving slightly later (530-6) idk    11/16/16
if our time is set in stone but that might be the move

If the other buses jumped off a bridge would u also          ?                 1:11 PM

a ajouté un « J'adore » à « If the other buses jumped off a bridge would u    1:14 PM
also          ? ».

Loved "Hey so it seems like the other buses are leaving slightly later         1:18 PM
(530-6) idk if our time is set in stone but that might be the move"

Loved "If the other buses jumped off a bridge would u also          ?"         1:20 PM

people who still need to pay me:

pls correct me if u have already paid and i incorrectly put ur name

23









Chat with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on 2016–11–18 at 10.30.08

aux

Also will venmo anyone
Who buys me a Gatorade

I have an aux no need to buy

Any news on the egg and cheese                                          4:30 PM

Would love a bec for anyone with time to go to g heav

Right now I'm getting alc doesn't anybody need anything?

Anyone want to get me an Arnold Palmer too if they're making a run     4:32 PM

▇▇▇▇▇▇▇▇▇▇ i can get your drinks/bec                                    4:34 PM

I'm bringing a speaker just in case

Thank u cc orange Gatorade would be gr8

:.) everyone pulling thru                                               4:41 PM

Ya On my way                                                            4:43 PM

WHOEVERS NOT HERE COME NOW                                              4:58 PM

Is it on park street or something ok street

York street*

York street

York street

Wait, York street?                                                      5:00 PM

ya york street

▇▇▇▇▇ where are you                                                     5:02 PM

27



Chat with ▆▆▆▆ on 2016–11–18 at 11.44.21

Will I be too cold in tank top flannel and coat

How warm is the coat?

b big and wool and warm                                          11:45 AM

how cold is it outside

not that bad                                                     11:50 AM

what do u think the music situation will be in this bus          1:29 PM

like speaker wise

we supposed to bring our own speakers?

also what music should we play !

bahhhhh

can ▆▆▆▆ share our alc if she pays we have enough for 4 right    1:31 PM

yes definitely                                                   1:33 PM

i think we should bring our own speakers bc im not sure if theres an aux
cord

ok mine are very quiet  so they're no good                       1:44 PM



Chat with ████████ on 2016-11-18 at 14.19.33

kk so we have
3 handles of vodka
1 of malibu
2 bottles of andre
1 bottle of jack
2 small bottles of coke
1 large bottle of grapefruit juice          2:20 PM
we prob need more chasers

Omg hahahahahahah
Okay I'm going to the gym then I need to shower clean my room zip my
bags if I have time to get more then I will

i can try to get some chasers          2:21 PM
i have a handle of vodka and a bottle of wine
is it worth it to bring he wine?

I also have a bottle of wine          2:22 PM

I can get chasers from the gas station          2:29 PM
Do we all venmo ████ 25$?
I think I'll do a line before the bus ? Is that agro          2:33 PM

i was going to ‾\_(ツ)_/‾
30 plz!!          2:35 PM

Pace urselves!!!
😊

30 plz!!                                                                                2:35 PM

Pace urselves!!!

😎

I'm stressed about the speaker situation

I could ask migs if we can use her speakers but i would feel really
responsible if they were lost

█████ could you bring them back to campus tomorrow?

And these speakers are mildly loud                                                      2:37 PM

i think that's a bad idea too dangerous                                                 2:46 PM

actually we could do that p easily

Up to you but i dont want to be responsible for them !!!                                2:47 PM

And idk if migs is fine w that yet im waiting for her to get home

we can prob find others

i don't have an aux                                                                     3:02 PM

i feel like█████ has one

idk why hahahah

also i think i have enough alcohol so i'm gonna hold off on venmo but if i              3:03 PM
do drink urs i'll venmo! is that ok?

What do we doooo about aux cord                                                         3:35 PM

kk someone bring empty water bottles to dport if u can!!                                4:20 PM

^^please can one of u cc or █████ do that                                               4:22 PM

I do not have a credit card nor do i have any water bottles anywhere in



bring!!

Ofc im going to bring it                                 4:26 PM

Update on speakers?

come quick!!                                             4:28 PM

cc i'm getting u ur sandwich                             4:34 PM

oh wait unless ur already going

Im alreadygoing

Thanku though!!

wanna me to put the order in for u                       4:37 PM

want

EXHIBIT N



Yo

Yo

What r ppl up to                                          10:46 PM

Hi                                                        10:48 PM

Yo                                                        10:52 PM

Where my bus people at                                    11:26 PM

El jefe's

Yo                                                        11:39 PM

Yo                                                        11:41 PM

Yo                                                        11:43 PM

Where r ppl

Go home

a ajouté un « J'adore » à « Go home ».

Loved "Go home"

😊

...

Loved "Go home"                                           11/19/16

Removed a heart from "Go home"                            1:49 AM

Where are people?                                         12:12 PM

EXHIBIT O