EXHIBIT P



**34**