> it was in the trash can thank god

> no but def the world was spinning



 ●○○○○ AT&T LTE   2:21 PM    59%



> [redacted]

>> Its fineee he's so nice I'm sure it wasnt a big deal

>> Were u blacked at all?

> it was in the trash can thank god

no but def the world was spinning



Howd i dooo

perfection

amaze balls

so proud!!!

We are strong as fuck 💪💪

Delivered

   iMessage 

Sent from my iPhone

13

**EXHIBIT B**

EXHIBIT B - TEXTS PROVIDED BY

Yeah!!! Crazy shit, such an impressive guy

HAHHA oh cmon

WHAAAT where??

Also catered! Yum yum

I feel so bad for

hahaha

in the trash can in the little room i'm trapped in and in the bathroom

im never drinking again

ive thrown up twice since i got here winning the pity vote

youre amazing

my dad would not stop talking about rhodes over break i was like lets think a few hundred steps lower

flowers is a rhodes scholar??

> Can u hear me talking in the halls at all?

> Wow your room is way more wild than mine

> Did u tell her u were hungover?

> kind of wanted to puke while they were questioning me just for dramatic effect

> no just vague voices

> currently lying on the floor

> no def not the story is the flu

> everyone is v concerned about me lolol

> she's so sweet

> omg ik

> i want leftovers def can't keep it down now

- aaaahhhahahaa
- Oh noice noice we are close
- I'm in the corner on the hallway to the room
- Are u right next to the food?
- I wonder if we are room buddies
- Aw
- Hahaha i've heard the vom in ur voice a little bit
- we're next to each other i think
- lolololol
- yeah
- is in hell

- Both
- You're doing so so well ██ and i are cheering you on in our room!!!
- We deserve this
- dm is all over it and I'm all over dm
- I KNOW I KNOW
- Are we allowed to be texting u think?
- the texting or the engagement? bc the answer is both
- i'm indulging rn
- minimum prob not
- omg my engagement ceo JILL did u know
- megan and harry

- youre done!! You are so are so done
- statement was SO fucking long omfg
- nt vom in the room the omg hahaha
- literally we jumped up and down when u referenced the P to counter his bullshit right/left hand excise
- dy tore thru all my snap stories ugh
- thank u thank u feels really good to say it all and get it all out the
- Love!! You're doing so so well bb in our room! F
- u could tell they thought it was ludicro
- that was the craziest thing I'd ever hea
- and I are cheering you

I'm still freaking about the

Unless hes still dying ovh? But will have www sad to miss

lol and as if

gives a single shit

yeeeee!

Heirloom In??

Yes so so excited

Alsooo his thing about having a background check like haaaah ok did u grope ur interviewer? Seems like u got by just fine

w a stringent

omg ik so glad ill soon u will be too and we'll celebrate

omg when he was like I'm from kissing people on the cheek is not the same one is saying yes and second u went to cool ur fucking jets

I was like first of all I was like sexual assault no

in

- Noo youll take a fat nap and be back to normal
- I cant believe WINE did this to u hahaha
- Sofiie
- Were u blacked at all?
- Its fineee he's so nice I'm sure it wasn't a big deal
- ugh i can't believe i threw up at
- no but def the world was spinning
- it was in the trash can thank god
- tragique
- so sofii!!!!
- i can smell it :(

We are strong as fuck 🙏

Howd i doo

Today 1:14 PM

Im proud os

amaze balls

perfection

Delivered