UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : |
| | : Civil Action No: 3:18-cv-00110-JCH |
| Plaintiff, | : |
| -against- | : |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, | : |
| Defendants. | : |

**PLAINTIFF'S MOTION TO SUBSTITUTE AND SEAL EXHIBITS**

Plaintiff John Doe hereby respectfully moves for the entry of an order permitting to substitute (ECF Docket No. 6 attachment 11-Exhibit E), (ECF Docket No. 6 attachment 13-Exhibit G), (ECF Docket No. 6 attachment 20-Exhibit Q) and (ECF Docket No. 15 attachment 7-Exhibit M-Part 2) and seal all exhibits (ECF Docket No. 6 attachments 7 through 24) and (ECF Docket No. 15 attachments 1 through 9) filed along with his motion for a temporary restraining order and a preliminary injunction.

1. This is a case filed by Plaintiff John Doe ("John Doe" being a pseudonym) related to his suspension from Yale University for sexual misconduct.

2. The female students who raised the complaints of sexual misconduct are identified in the Complaint as Jane Roe and Sally Roe.

3. The identities of these three students as well as the identities of many other non-party students are found throughout the exhibits.

4. Plaintiff respectfully request permission to substitute the previously filed Exhibit E, G, M-Part 2 and Q as they contain inadvertent information that should have been redacted.

5.     Attached as Exhibit A is the substitute Exhibit E.

6.     Attached as Exhibit B is the substitute Exhibit G.

7.     Attached as Exhibit C is the substitute Exhibit M-Part 2.

8.     Attached as Exhibit D is the substitute Exhibit Q.

9.     In order to protect the pseudonymous status of John Doe, Jane Roe and Sally Roe, as well as the privacy of the non-party students, Plaintiff respectfully request the court to allow him to substitute (ECF Docket No. 6 attachment 11-Exhibit E), (ECF Docket No. 6 attachment 13-Exhibit G), (ECF Docket No. 6 attachment 20-Exhibit Q) and (ECF Docket No. 15 attachment 7-Exhibit M-Part 2) and seal (ECF Docket No. 6 attachments 7 through 24) and (ECF Docket No. 15 attachments 1 through 9).

**Dated:** New York New York
January 22, 2018

**Respectfully submitted,**
*Attorneys for Plaintiff*

**NESENOFF & MILTENBERG LLP**

By: /s/ *Andrew T. Miltenberg, Esq.*
**Andrew T. Miltenberg, Esq. (pro hac vice admission pending)**
**Stuart Bernstein, Esq. (pro hac vice admission pending)**
**Philip A. Byler, Esq. (pro hac vice admission pending)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
pbyler@nmllplaw.com

**WILLIAM B. BILCHECK JR LAW OFFICES**

By: /s/ *William B. Bilcheck Jr.*
**William B. Bilcheck Jr., Esq.**
**12 Brookside Road**
**Madison, Connecticut 06433**
**(203) 245-6252**
madctatty@aol.com