**EXHIBIT A**

**EXHIBIT E**

**From:** █████
**Date:** Thursday, September 21, 2017 at 4:33 PM
**To:** "Menon, Aley" <aley.menon@yale.edu>
**Subject:** Re: Formal Complaint

Dear Aley,

I included the second portion of my complaint based upon the context of the incident I reported on November 18, 2016, in which █████ groped and acted aggressively toward several women on the bus ride, just as he did towards me, creating an environment such as I described. In addition, from the spring of 2016 through the fall of that year, I witnessed █████ behavior form a pattern of incidents such as this in various party spaces. I base this portion of my complaint on the fear and intimidation that I felt as a result of his behavior and the harmful pattern that his behavior established. Please let me know if this requires more clarification. Thank you again for following up with me.

Best,

