**EXHIBIT B**

**EXHIBIT G**

# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

BY E-MAIL

October 19, 2017

Dear █████,

I am writing to supplement the attached letter that I sent to you on September 22, 2017, notifying you of the formal complaint that ██████████ has brought against you to the UWC.

██████████ has added the following allegations to her complaint:

(1) ██████████ alleges that, on June 17, 2017 or the early hours of June 18, 2017, you groped her while you and she were walking together on a boulevard in Paris on your way to a nightclub, after attending a party at the apartment of Yale student ██████████. ██████████ alleges that this conduct represented sexual assault in violation of Yale's sexual misconduct policy.

(2) ██████████ alleges that, on November 2, 2016, you and she attended an event that was hosted by a social group called Fence at a New Haven bar called Partners.  She alleges that you acted very aggressively towards a woman whose name she does not know and that you stood very close to the woman and pressed her for sexual interaction. ██████████ alleges that this incident, together with the incident on the bus to the Harvard game described in her initial complaint and the incident in Paris described above, created a hostile academic environment for her and represented sexual harassment in violation of Yale's sexual misconduct policy.

You may provide a written response to these additional allegations and you may include supporting documents and other evidence.  If you wish, the response at this stage can be short and you may provide a longer descriptive response to the fact-finder.  Should you wish to respond at this point, please do so in writing or by e-mail to me within five days of this notice, i.e., by 12:00 p.m. on Tuesday, October 24, 2017.  All statements and other evidence that you submit will be shared with ██████████.

October 19, 2017
Page 2

I understand that you are scheduled to meet with the fact-finder on Monday, October 23, 2017. Please let her know if you would prefer to reschedule that meeting until after Tuesday, October 24, 2017.  Like the initial complaint, this letter will be shared with the fact-finder.

Sincerely,

Aley

Aley Menon
Secretary, University-Wide Committee on Sexual Misconduct


Encl:    Notice of Complaint

cc:      David Post, Professor of Ecology and Evolutionary Biology and UWC Chair
         Marybeth Sydor, Adviser