**EXHIBIT C**

Texts between ▇▇▇▇ Texts between ▇▇▇▇

**EXHIBIT A**
**TEXTS PROVIDED BY**
▇▇▇▇

▇▇▇▇

Mon 11/27/2017 2:22 PM

To: Sharif-Hyder, Anita <anita.sharif-hyder@yale.edu>;



Today 12:31 PM

> jt flowers is a rhodes scholar??

>> Yeah!!! Crazy shit, such an impressive guy

> my dad would not stop talking about rhodes over break i was like let's think a few hundred steps lower

>> HAHHA oh cmon ▇▇▇ youre amazing

> i've thrown up twice since i got here winning the pity vote

>> WHAAAT where??

>> Also ▇ catered! Yum yum

> in the trash can in the little room i'm trapped in and in the bathroom

> i'm never drinking again

>> I feel so bad for ▇ hahaha

i want leftovers def can't keep it down now

omg ik

she's so sweet

Did u tell her u were hungover?

everyone is v concerned about me lololol

no def not the story is the flu

Wow your room is way more wild than mine

currently lying on the floor

kind of wanted to puke while they were questioning me just for dramatic effect

   iMessage 

3



  

> kind of wanted to puke while they were questioning me just for dramatic effect

Can u hear me talking in the halls at all?

HAhaha i've heard the vom in ur voice a little bit

> no just vague voices

Aw

I wonder if we are room buddies

> lolololol

11/27/2017

Texts between ▮

we're next to each other i think

Are u right next to the food?

yeah

I'm in the corner on the hallway

●○○○○ AT&T  LTE    2:20 PM    🔒 ✈ ✱ 59% 🔋

I'm in the corner on the hallway to the room

Oh noice noice we are close

▮ is in hell

aaaahhhhahahaa

5

**omg riyal engagement ceec!!!! did u know**

**megan and harry**

> Are we allowed to be texting u think?

> I KNOW I KNOW

> dm is all over it and I'm all over dm

**mmmmm prob not**

**i'm indulging rn**








AT&T  LTE   2:20 PM   59%






> We deserve this

the texting or the engagement? bc the answer is both

♥

Youre doing so so well bb ███████ and i are cheering you on in our room!!

> Both

I already tore thru all my snap stories ugh

thank u thank u feels really good to say it all and get it all out there

> Like literally we jumped up and down when u referenced the picture to counter his bullshit right/left hand excuse

11/27/2017

Texts between

> Pls dont vom in the room tho omg hahaha

   iMessage 

●○○○○ AT&T  LTE     2:20 PM     🔒 ✈ ❋ 59% 🔋

  

Pls dont vom in the room tho omg hahaha

that was the craziest thing i'd ever heard

u could tell they thought it was ludicrous

His statement was SO fucking long omfg

But youre done!! You are so done

8

Texts between [redacted]

> omg when he was like i'm from [redacted] i was likefirst of all kissing people on the cheek is not the same as sexual assault no one is saying it is and second u went to [redacted] in [redacted] cool ur fucking jets

> omg ik so glad!!! soon u will be too and we'll celebrate

   

●○○○○ AT&T  LTE     2:20 PM     🔒 ✈ ✱ 59% 🔋

  

> omg ik so glad!!! soon u will be too and we'll celebrate

> Alsooo his thing about having a

11/27/2017

Texts between ▮

> ▮ w a stringent background check like haaaah ok did u grope ur interviewer? Seems like u got by just fine

Yes so so excited

Heirloom tn??

> lol and as if ▮ gives a single shit

> yeeeeee!

> unless i'm still dying yho? but will be v v v sad to miss

I'm still flipping about the ▮

Nooo youll take a fat nap and be back to normal






10

11/27/2017

Texts between 

●○○○○ AT&T LTE        2:21 PM         🔒 ✈ ✱ 59% 🔋

  

I cant believe WINE did this to u hahaha

Softie

i can smell it...🙈

so soft!!!!!!

tragique

ugh i can't believe i threw up at

Its fineee he's so nice I'm sure it wasnt a big deal

Were u blacked at all?