UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** : | |
| : | Civil Action No: 3:18-cv-00110-JCH |
| **Plaintiff,** : | |
| : | |
| -against- : | |
| : | |
| **YALE UNIVERSITY and YALE UNIVERSITY** : | |
| **BOARD OF TRUSTEES,** : | |
| : | |
| **Defendants.** : | |

**ORDER**

Upon the motion of the Plaintiff for an order permitting to substitute (ECF Docket No. 6 attachment 11-Exhibit E), (ECF Docket No. 6 attachment 13-Exhibit G), (ECF Docket No. 6 attachment 20-Exhibit Q) and (ECF Docket No. 15 attachment 7-Exhibit M-Part 2) and seal all exhibits (ECF Docket No. 6 attachments 7 through 24) and (ECF Docket No. 15 attachments 1 through 9) filed along with his motion for a temporary restraining order and a preliminary injunction, it is hereby:

**ORDERED** that Plaintiff's Motion to Substitute Exhibits E, G, M-Part 2 and Q (ECF Docket No. 6 attachment 11-Exhibit E), (ECF Docket No. 6 attachment 13-Exhibit G), (ECF Docket No. 6 attachment 20-Exhibit Q) and (ECF Docket No. 15 attachment 7-Exhibit M-Part 2) be **GRANTED**, and it is

**ORDERED** that Plaintiff's Motion to Seal Exhibits (ECF Docket No. 6 attachments 7 through 24) and (ECF Docket No. 15 attachments 1 through 9) be **GRANTED**, and it is

**FURTHER ORDERED**, that the exhibits filed along with Plaintiff's motion for a temporary restraining order and a preliminary injunction (ECF Docket No. 6 attachments 7 through 24) and (ECF Docket No. 15 attachments 1 through 9) shall be placed under seal and only allowed to be viewed by the Court and Counsel for all Parties.

**Dated: January _____, 2018**

_____
**UNITED STATES DISTRICT JUDGE**