11/27/2017 — Texts between [redacted]

it was in the trash can thank god

no but def the world was spinning



Its fineee he's so nice I'm sure it wasnt a big deal

Were u blacked at all?

it was in the trash can thank god

no but def the world was spinning



Howd i dooo

perfection

amaze balls

so proud!!!

We are strong as fuck 💪💪

Delivered

   iMessage 

Sent from my iPhone

13

**EXHIBIT B**

EXHIBIT B - TEXTS PROVIDED BY

- I feel so bad for [REDACTED] hahaha
- Also [REDACTED] catered yum yum
- WHAAAT where??
- in the fresh can in the little room i'm trapped in and in the bathroom
- HAHHA oh cmon [REDACTED] youre amazing
- i've thrown up twice since i got here winning the pny vote
- Yeah!!! Crazy shit, such an impressive guy
- my dad would not stop talking about rhodes over break i was like lets think a few hundred steps lower
- i'm never drinking again
- [REDACTED] flowers is a rhodes scholar??

- Can u hear me talking in the halls at all?
- Wow your room is way more wild than mine
- Did u tell her u were hungover?
- kind of wanted to puke while they were questioning me just for dramatic effect
- no just vague voices
- currently lying on the floor
- no def not the story is the flu
- everyone is so concerned about me lolol
- she's so sweet
- omg ik
- i want leftovers def can't keep it down now

- aaaahhhahahaa
- Oh noice noice we are close
- I'm in the corner on the hallway to the room
- Are u right next to the food?
- I wonder if we are room buddies
- Aw
- Hahaha i've heard the vom in ur voice a little bit
- we're next to each other i think
- is in hell
- yeah
- lolololol

- Both
- You're doing so so well bb [REDACTED] and i are cheering you on in our room!!!
- We deserve this
- the texting or the engagement? bc the answer is both
- dm is all over it and I'm all over dm
- I KNOW I KNOW
- Are we allowed to be texting u think?
- I'm indulging rn
- mmmmm prob not
- megan and harry
- omg my(?) engagement oee(?)!!!! did u know

- youre done!! You are so done
- statement was SO fucking long omfg
- nt vom in the room the omg hahaha
- literally we jumped up and down when u referenced the P to counter his bullshit right left hand excise
- dy tore thru all my snap stories ugh
- Loved ! You're doing so so well bb in our room!!
- u could tell they thought it was ludicro
- that was the craziest thing I'd ever hea
- thank u thank u feels really good to say it all and get it all out the
- and I are cheering you

I'm still freaking about the [REDACTED]

Heirloom? lol

Yes so so excited

Also his thing about having a background check like haaaah ok did u grope ur interviewer? Seems like u got by just fine

w a stringent

Unless he's still dying who? but will be www sad to miss

lol and as if [REDACTED] gives a single shit

yeeeee!

omg ik so glad ill soon u will be too and we'll celebrate

omg when he was like I'm from kissing people on the cheek is not the same as sexual assault no one is saying yes and second u went to cool br fucking jets

I was like first of all [REDACTED] in

> Nooo you'll take a fat nap and be back to normal

> I can't believe WINE did this to u hahaha

> Sofie

> Were u blacked at all?

> Its fineee he's so nice I'm sure it wasn't a big deal

> ugh i can't believe i threw up at

> no but def the world was spinning

> i was in the trash can thank god

> tragique

> so softl!!!!

> i can smell it.

Howd i do ooo

We are strong as fuck 🤔 ❤️❤️

Today 1:14 PM

I'm proud os
amaze balls
perfection

Delivered