UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | : Civil Action No: 18-cv-00110 |
| **Plaintiff,** | : |
| | : NOTICE OF |
| | : APPEARANCE |
| -against- | : |
| | : |
| **YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
| **Defendants.** | : |

**PLEASE TAKE NOTICE,** that the undersigned, Nesenoff & Miltenberg, LLP, has been retained to represent plaintiff John Doe as his attorney in the within action, and that we demand that you serve all papers upon us, and contact the undersigned with all information regarding the within action, at the address, telephone number, and email set forth below.

**Dated: New York, New York**
  **January 22, 2018**

  **NESENOFF & MILTENBERG, LLP**
  *Attorneys for Plaintiff John Doe*

**By:** *Stuart Bernstein*
  **Stuart Bernstein, Esq.** *(pro hac vice)*
  **363 Seventh Avenue, 5th Floor**
  **New York, New York 10001**
  **212.736.4500**
  Sbernstein@nmllplaw.com