UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : |
| | : Civil Action No: 3:18-cv-00110-JCH |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION for a TRO and PRELIMINARY INJUNCTION

Plaintiff John Doe hereby respectfully moves for the entry of an order sealing Defendants' Opposition to Plaintiff's Motion for a TRO and Preliminary Injunction and Plaintiff's present application. This is a case filed by Plaintiff John Doe ("John Doe" being a pseudonym) related to his suspension from Yale University for sexual misconduct.

1. Defendants have inserted into this matter (page 13 second paragraph) personal and highly confidential information about the Plaintiff that they freely admit was not part of the UWC record nor the investigation. In fact, Defendants write, "**This incident was not known to the UWC Panel** and is not relevant to the question of likelihood of success on the merits". (emphasis added).

2. Defendants took absolutely no steps to protect this confidential information from the public knowing full well that the Plaintiff filed his complaint as a John Doe and a motion to proceed under a pseudonym is pending. As the information is admittedly not part of the record before Your Honor, nor a public document, Defendants have likely violated various federal

statues including but not limited to The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) which is a Federal law that protects the privacy of a student's education records and Health Insurance Portability and Accountability Act of 1996 (HIPAA) which is federal legislation to protect and safe guard an individual's medical information. Clearly, the unprotected submission of this information cannot, respectfully, be argued to be inadvertent.

3.  Plaintiff is not in this motion seeking to address the veracity of Defendants' allegations contained in its opposition. The sole purpose of this motion is to have the documents sealed so as not to be disclosed to the public.

4.  Plaintiff respectfully requests that Defendants' Opposition to Plaintiff's Motion for a TRO and Preliminary Injunction and Plaintiff's instant Motion be sealed. Further, Plaintiff request other and further relief as Your Honor deems just and appropriate.

**Dated:** New York New York
January 23, 2018

*Respectfully submitted,*
*Attorneys for Plaintiff*

**NESENOFF & MILTENBERG LLP**

By: /s/ *Andrew T. Miltenberg, Esq.*
Andrew T. Miltenberg, Esq. (pro hac vice admission pending)
Stuart Bernstein, Esq. (pro hac vice admission pending)
Philip A. Byler, Esq. (pro hac vice admission pending)
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
pbyler@nmllplaw.com

**WILLIAM B. BILCHECK JR LAW OFFICES**

By: /s/ *William B. Bilcheck Jr.*
William B. Bilcheck Jr., Esq.
12 Brookside Road
Madison, Connecticut 06433
(203) 245-6252
madctatty@aol.com