# Yale University

UNIVERSITY-WIDE COMMITTEE
ON SEXUAL MISCONDUCT

PO Box 208250
New Haven CT 06520-8250
T 203 432-4449
F 203 432-9957

*courier*
55 Whitney Avenue, Suite 260
New Haven CT 06510

CONFIDENTIAL

September 22, 2017

Delivered by Hand

Dear

As you are aware, the University-Wide Committee on Sexual Misconduct has received two complaints about you. Each of the complaints refers to a groping incident that occurred on November 18, 2016, on a chartered bus to the Harvard-Yale football game. I am writing to explain the options for handling these two complaints and to ask that you consider how you would prefer to proceed.

The first option would be to consider the complaints together in one proceeding. In this case, the fact-finder would write a single report covering both complaints, and a single panel would hear both complaints at a single hearing. If this is the option that you would prefer, we will need to obtain the consent of the complainants because each complainant would obtain confidential information about the other's complaint through the fact-finder's report and the hearing.

The second option would be to consider each complaint separately. In this case, the UWC would still assign a single fact-finder to investigate both complaints because there may be common witnesses to the allegations regarding the bus trip, but the fact-finder would write two separate reports. Two hearing panels, with no overlapping membership, would hear the complaints in the order in which they were received. Please bear in mind that the second hearing would not take place until the first proceeding, including appeals, was finished. You should also bear in mind the following provision of Section 7.4 of the UWC Procedures: "In determining culpability, the panel may also take into account a respondent's previous formal discipline for other acts of sexual misconduct . . ." This means that, if you are formally disciplined in the first case, the panel in the second case may take that result into consideration when determining whether you committed sexual misconduct in the second case.

Please give these two options careful consideration and discuss them with your adviser, and please let me know how you would prefer to proceed by 12:00 p.m. on Friday, September 29. If you choose the first option, but the complainants do not agree to a single proceeding, we will proceed under the second option.

September 22, 2017
Page 2

I would be happy to meet with you again, with or without your adviser, if you think that it would be helpful to talk through these options.

Sincerely,

Aley Menon
UWC Secretary

cc:  David Post, UWC Chair