**From:**
**Date:** October 3, 2017 at 5:29:46 PM EDT
**To:** Aley K Menon <aley.menon@yale.edu>
**Subject: UWC Response**

Hello Aley,

I hope all is well. I am writing to let you know that I would like to take the two complaints together. I had mentioned to you that I planned to respond in writing, but I have chosen not do so after consideration.

Thanks,

1