From: Andrew T. Miltenberg [mailto:AMiltenberg@nmllplaw.com]
Sent: Thursday, November 30, 2017 6:44 PM
To: Rose, Harold <harold.rose@yale.edu>; Marybeth Sydor <MSydor@nmllplaw.com>
Subject: RE: Text Messages

Rene Descartes.

Image removed by sender. <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEI8_5M&s=CWi1CHVdqr7UwEJ3Hyc32eE_BmZfT-DpJvCMPlJvapl&e=>

Andrew T. Miltenberg, Partner <mailto:AMiltenberg@nmllplaw.com>

363 Seventh Avenue, 5th Floor <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEI8_5M&s=lHnqUmjbr_ZunBz71BsU4Dwg0rCMLngwDQJ_RFbXbDo&e=>

New York, NY 10001-3904 <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEI8_5M&s=lHnqUmjbr_ZunBz71BsU4Dwg0rCMLngwDQJ_RFbXbDo&e=>

212.736.4500 <tel:+12127364500>   •   212.736.2260 fax

Vcard <https://urldefense.proofpoint.com/v2/url?u=http-3A__nmlaw.wpengine.com_wp-2Dcontent_uploads_2016_11_Andrew-2DT.-2DMiltenberg.vcf&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEI8_5M&s=gSr7ZDlBWxeb8LQJcOw3PJY4jl5rdiL1adDfP9dncCw&e=>   •   nmllplaw.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEI8_5M&s=CWi1CHVdqr7UwEJ3Hyc32eE_BmZfT-DpJvCMPlJvapI&e=>

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

From: Andrew T. Miltenberg
Sent: Thursday, November 30, 2017 6:34 PM
To: Rose, Harold; Marybeth Sydor
Subject: RE: Text Messages


Harold, again, we appreciate your email. Yale is on notice of our objections and we will reserve further commentary on these issues until the Panel renders a decision.

For it occurred to me that I should find much more truth in the reasonings of each individual with reference to the affairs in which he is personally interested, and the issue of which must presently punish him if he has judged amiss, than in those conducted by a man of letters in his study, regarding speculative matters that are of no practical moment, and followed by no consequences to himself, farther, perhaps, than that they foster his vanity the better the more remote they are from common sense; requiring, as they must in this case, the exercise of greater ingenuity and art to render them probable.

With this, Sir, I take my leave of you.

Image removed by sender. <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEl8_5M&s=CWi1CHVdqr7UwEJ3Hyc32eE_BmZfT-DpJvCMPlJvapI&e=>

Andrew T. Miltenberg, Partner <mailto:AMiltenberg@nmllplaw.com>

363 Seventh Avenue, 5th Floor <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEl8_5M&s=lHnqUmjbr_ZunBz71BsU4Dwg0rCMLngwDQJ_RFbXbDo&e=>

New York, NY 10001-3904 <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEl8_5M&s=lHnqUmjbr_ZunBz71BsU4Dwg0rCMLngwDQJ_RFbXbDo&e=>

212.736.4500 <tel:+12127364500>  •  212.736.2260 fax

Vcard <https://urldefense.proofpoint.com/v2/url?u=http-3A__nmlaw.wpengine.com_wp-2Dcontent_uploads_2016_11_Andrew-2DT.-2DMiltenberg.vcf&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEl8_5M&s=gSr7ZDlBWxeb8LQJcOw3PJY4jl5rdiL1adDfP9dncCw&e=>  •  nmllplaw.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=HSEf97gQb4oSkqgFrPAJXgYKnYDXZ-ccNThNrEl8_5M&s=CWi1CHVdqr7UwEJ3Hyc32eE_BmZfT-DpJvCMPlJvapI&e=>

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be

contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

From: Rose, Harold [mailto:harold.rose@yale.edu]
Sent: Thursday, November 30, 2017 6:25 PM
To: Marybeth Sydor
Cc: Andrew T. Miltenberg
Subject: RE: Text Messages


Thank you, Marybeth. It was not my intention to begin a lengthy exchange, but I would like to make two points. First, Yale explained in the attached letter to your client that the complainants would obtain each other's confidential information during the hearing. Second, at no point, until your e-mail below, did you or your client object to that arrangement. If you did have an objection, it certainly would have been preferable to raise it before Monday's 11-hour hearing.


Regards,

Harold


From: Marybeth Sydor [mailto:MSydor@nmllplaw.com]
Sent: Thursday, November 30, 2017 6:02 PM
To: Rose, Harold <harold.rose@yale.edu>
Cc: Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
Subject: Re: Text Messages

Mr. Rose,

I also was to point out that the complainants were allowed to listen to each other's testimony throughout the hearing. This too, is objectionable for obvious reasons; and we note our objection regarding this issue as well.

Image removed by sender. <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=1oQ6VlfevuqMCmf4_yZDCXcZBQJJojqAj7PqdN6wo1E&e=>

Marybeth Sydor, Title IX and Higher Education Consultant <mailto:MSydor@nmllplaw.com>

363 Seventh Avenue, 5th Floor <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=RiEs3ScItaxqUQsygOWaEI1PC5TFTI3gtswpPOdmPTg&e=>

New York, NY 10001-3904 <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=RiEs3ScItaxqUQsygOWaEI1PC5TFTI3gtswpPOdmPTg&e=>

212.736.4500 <tel:+12127364500>  •  212.736.2260 fax

Vcard <https://urldefense.proofpoint.com/v2/url?u=http-3A__nmlaw.wpengine.com_wp-2Dcontent_uploads_2017_01_Marybeth-2DSydor.vcf&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=UH2OCmEeSbL5EkGrOERInstYn_0x_ZVWAmQceEw9QE8&e=>  •  nmllplaw.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=1oQ6VlfevuqMCmf4_yZDCXcZBQJJojqAj7PqdN6wo1E&e=>

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory

agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.


SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.


IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

From: "Andrew T. Miltenberg" <AMiltenberg@nmllplaw.com>
Date: Thursday, November 30, 2017 at 5:36 PM
To: "Rose, Harold" <harold.rose@yale.edu>
Cc: Marybeth Sydor <MSydor@nmllplaw.com>
Subject: RE: Text Messages


Harold, thank you for your email.


I am of the view that regardless of the substance of the emails, the process is compromised by contact between complainants during the hearing. This is especially so, in light of our belief that the Complainants were acting in concert in deciding to go after           . During hearings at several other universities, this same issue arose and caused the immediate nullification of the hearing. The hearing was then reset for another date. In those matters, although inconvenient, such steps resolved any concerns regarding the appearance of impropriety.


While we continue to preserve our objection, I appreciate you taking the time to explain the decision making process to me.


Warm regards,

Andrew

Image removed by sender. http://nmlaw.wpengine.com/wp-content/uploads/2017/01/Logo-for-email-signature.png <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com_&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=e-s2CcpoM5VYEKE9ROkcUbUYF2tsBSiqeGZ14-6dvCE&e=>

Andrew T. Miltenberg, Partner <mailto:AMiltenberg@nmllplaw.com>

363 Seventh Avenue, 5th Floor <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=RiEs3ScltaxqUQsygOWaEI1PC5TFTl3gtswpPOdmPTg&e=>

New York, NY 10001-3904 <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=RiEs3ScltaxqUQsygOWaEI1PC5TFTl3gtswpPOdmPTg&e=>

212.736.4500 <tel:+12127364500>   •   212.736.2260 fax

Vcard <https://urldefense.proofpoint.com/v2/url?u=http-3A__nmlaw.wpengine.com_wp-2Dcontent_uploads_2016_11_Andrew-2DT.-2DMiltenberg.vcf&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=4ILNawxeRTUXqcmPybtVQf8z9KJ_STOrlaKyL9tVP_k&e=>   •   nmllplaw.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMGaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=1ugGlgusEe4HzgHgD-dmZExHHmgshh8QJxOxHY1tEvk&s=1oQ6VIfevuqMCmf4_yZDCXcZBQJJojqAj7PqdN6wo1E&e=>

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.

From: Rose, Harold [mailto:harold.rose@yale.edu]
Sent: Thursday, November 30, 2017 5:27 PM
To: Andrew T. Miltenberg
Subject: Text Messages


Dear Andrew,


I am the Yale attorney who acted as the legal advisor to the UWC panel that heard the complaint against your client            During the course of the hearing, Aley Menon shared with me with the e-mail below. Ms. Sydor informed me that the e-mail was sent at your instructions, and I am writing to you now to explain how the decision was made to proceed with the hearing.


When the panel learned that the complainants had communicated by text during the hearing, Ms. Menon spoke with the complainants and asked whether they would be willing to share their messages with the panel and your client. They agreed. The messages were printed, and a copy was provided to Ms. Sydor and your client. After Ms. Menon read the e-mail below, she and I met with Ms. Sydor. Ms. Sydor said that you had instructed her to send the e-mail but that she was unable to identify any evidence of collusion between the complainants because she had not yet read the messages carefully. She added that the messages began at about 12:30, and she was concerned that earlier messages may have been deleted. I suggested that, as a first step, she and          carefully review the messages and identify for the panel any evidence that the complainants had improperly colluded in their testimony. Subsequently, Ms. Sydor met again with Ms. Menon and me and reported that she and          were unable to identify any such evidence. I informed her that the panel would question the complainants about the printed messages and would ask whether any messages had been deleted. Ms. Sydor then agreed that the hearing should proceed.


I hope that this is helpful.


Regards,

Harold

---

Harold Rose, Senior Associate General Counsel

Yale University

PO Box 208255

New Haven, CT 06520-8255

(203) 432-4949


From: Marybeth Sydor
Sent: Monday, Nov 27, 2017 2:34 PM EST
To: Menon, Aley
Cc: Andrew T. Miltenberg;                        ; David M. Post
Subject: Hearing


For the record, due to the texting between the complainants, the credibility of both parties and the hearing has been compromised.


This constitutes a mistrial.


Image removed by sender. <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMDaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=nlq0QiLMJmk9Gok0tXbVIvOICIBPky75DujW5GZBC4g&s=1yKh-juPrI6IP4by1ZT2LUOBhriXPeqPVEak4C9HVww&e=>


Marybeth Sydor, Title IX and Higher Education Consultant <mailto:MSydor@nmllplaw.com>

363 Seventh Avenue, 5th Floor <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMDaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=nlq0QiLMJmk9Gok0tXbVIvOICIBPky75DujW5GZBC4g&s=J2kDPiA_0_q6zMGJJy_vzpdCiHr_CImRLbDixCupYeQ&e=>

New York, NY 10001-3904 <https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_ivfYN6y84vR2&d=DwMDaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=nlq0QiLMJmk9Gok0tXbVIvOICIBPky75DujW5GZBC4g&s=J2kDPiA_0_q6zMGJJy_vzpdCiHr_CImRLbDixCupYeQ&e=>

212.736.4500 <tel:+12127364500>   •   212.736.2260 fax

Vcard <https://urldefense.proofpoint.com/v2/url?u=http-3A__nmlaw.wpengine.com_wp-2Dcontent_uploads_2017_01_Marybeth-2DSydor.vcf&d=DwMDaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=nIq0QiLMJmk9Gok0tXbVIvOICIBPky75DujW5GZBC4g&s=O1wBcAYWVcJ3IxS2PUieMd_Te9SXK8V6-XNiifEaP9w&e=>   •   nmllplaw.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.nmllplaw.com&d=DwMDaQ&c=cjytLXgP8ixuoHflwc-poQ&r=0w1CK1AmO2dN9wV_aYQ2kNbPxeqR2xfXsKglg1fmZ7U&m=nIq0QiLMJmk9Gok0tXbVIvOICIBPky75DujW5GZBC4g&s=1yKh-juPrI6IP4by1ZT2LUOBhriXPeqPVEak4C9HVww&e=>

This electronic message, including any and all attachments hereto, is intended solely to be used by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to its intended recipient, you are herewith notified that any dissemination, distribution, copying or retention of this communication or the information contained herein is strictly prohibited. If you have received this message communication in error, please notify us by telephone immediately and permanently delete the original and any copy or printout thereof. Statements made in, or attachments to, this email are not intended to be contractual in nature, and are therefore not binding on this firm or our clients unless and until mutually satisfactory agreements memorializing the subject matter of this transmission are executed by hand, in ink, (or by facsimile if authorized by the parties) and hard copies are mutually delivered by the parties thereto. Thank you.


The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender and the sender's employer is/are not liable for any loss or damage arising in any way from this message or its attachments.


SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you, DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.


IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


This firm does not accept and is not authorized to accept service of process on behalf of any of our clients, including, but not limited to, service of process via email or fax.