UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE., | : | |
| Plaintiff, | : | Case No. 3:18-cv-110 (JCH) |
| | : | |
| v. | : | |
| | : | JANUARY 23, 2018 |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | |

ORDER

A hearing on plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. No. 6) is scheduled for Thursday, February 1, and Friday, February 2, 2018, beginning at 9:15 a.m.

Defendants are ordered to file any further memoranda in opposition to the Motion for a Preliminary Injunction no later than 5 p.m. on Tuesday, January 30, 2018.

Plaintiff is ordered to file a list of witnesses, a summary of the testimony of each witness, estimated time for direct examination, and a list of anticipated exhibits[1] by Monday, January 29, 2018 at noon.

Defendants are ordered to file a list of witnesses, a summary of his/her testimony, estimated time for direct examination, and a list of anticipated exhibits by Tuesday, January 30, 2018 at 5 p.m.

A brief conference to discuss the hearing will be held at 4 p.m. on Wednesday, January 31, 2018.

---

[1] The Clerk's copy of the exhibits should conform with JERS. The court requests one paper copy of the exhibits.

**SO ORDERED** at New Haven, Connecticut this 23rd day of December 2018.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge