UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>-against-<br><br>YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES,<br><br>    Defendants. | :<br>:   Civil Action No: 18-cv-00110<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE,** Plaintiff John Doe, hereby withdraws his Motion for a Temporary Restraining Order and a Preliminary Injunction filed in above-referenced action on January 18, 2018.

**Dated:  New York, New York**
       **January 29, 2018**     Respectfully submitted,

                                              NESENOFF & MILTENBERG, LLP

                                              By: */s/ Andrew T. Miltenberg*
                                              **Andrew T. Miltenberg, Esq.** *(phv07303)*
                                              **Stuart Bernstein, Esq.** *(phv09426)*
                                              **Phillip Byler, Esq.** *(phv09433)*
                                              **363 Seventh Avenue, Fifth Floor**
                                              **New York, New York 10001**
                                              **(212) 736-4500**
                                              **amiltenberg@nmllplaw.com**
                                              **sbernstein@nmllplaw.com**
                                              **pbyler@nmllplaw.com**

**LAW OFFICES OF WILLIAM B. BILCHECK, JR.**

**By:** */s/ William B. Bilcheck Jr*
**William B. Bilcheck, Jr.** *(Federal Bar No. CT04402)*
**12 Brookside Road**
**Madison, Connecticut 06443**
**(203) 245-6252**
**madctatty@aol.com**

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.