Civil- (Dec-2008)

**HONORABLE:** Janet C. Hall
**DEPUTY CLERK** Diahann Lewis    **RPTR/ECRO/TAPE** Terri Fidanza
**TOTAL TIME:** ___ hours 58 minutes
**DATE:** 2/1/2018   **START TIME:** 2:30   **END TIME:** 3:28
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS (if more than ½ hr)** FROM: ___ TO: ___

**CIVIL NO.** 3:18cv110 (JCH)

Doe                                                  Belcheck/Bernstein
                                                     Plaintiff's Counsel
           vs
Yale et al                                           Patrick Noonan
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☑ …..#2  Motion to proceed with fictitious name/protective order   ☑ granted ☐ denied ☐ advisement
☐ …..#___ Motion___   ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion___   ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion___   ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion___   ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion___   ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion___   ☐ granted ☐ denied ☐ advisement
☑ ….. Oral Motion for counsel to be excused from court appear.   ☑ granted ☐ denied ☐ advisement
☐ ….. Oral Motion___   ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion___   ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion___   ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due___  ☐ Proposed Findings due___ Response due___

Pretrial Conference/Motion Hearing held on 2/1/2018; granting [46] Oral Motion to excuse counsel from court proceedngs; granting [2] Motion for Protective Order; granting [2] Motion to Proceed in Fictitious Name; Requests for Production served no later than 2/7; plaintiffs have 30 days for objections and production; defendants have 30 days for objections with rolling production starting as soon as possible, with all production to be completed within 45 days; paper discovery shall be completed by 3/26; fact depositions to be completed by 4/25; plaintiff to disclose experts by 5/16; dfts to depose pltff experts by 6/6; dfts to disclose experts by 6/22; plaintiff to depose dfts experts by 7/6; pretrial memo due 7/13; for any discovery disputes, counsel to promptly submit a short letter to chambers with only disputed requests attached; Jury Selection set for 7/25; evidence to begin on 8/8; by mid May counsel to submit a letter proposing the jury size.