UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : |
| | :   Civil Action No: 18-cv-00110 |
| | : |
|       Plaintiff, | : |
| | : |
| | : |
| | : |
|     -against- | : |
| | : |
| | : |
| YALE UNIVERSITY and YALE UNIVERSITY | : |
| BOARD OF TRUSTEES, | : |
| | : |
| | : |
|       Defendants. | : |

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL

For the reasons set forth below, and pursuant to Local Rule 7(e) of the Local Rules of Civil Procedures for the United States District of Connecticut, Plaintiff respectfully requests that the Court enter an order allowing the withdrawal as counsel for Plaintiff the firm of Nesenoff & Miltenberg, LLP and undersigned counsel Andrew T. Miltenberg, Stuart Bernstein and Philip A. Byler, along with their local counsel William B. Bilcheck, Jr., and substitute as counsel for Plaintiff Fleischer Law LLC and attorney Robert M. Fleischer.

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiff John Doe has ended the attorney client relationship with present counsel, the firm of Nesenoff & Miltenberg, LLP, and undersigned counsel Andrew T. Miltenberg, Stuart Bernstein and Philip A. Byler, along with their local counsel William B. Bilcheck, Jr. and has retained Fleischer Law LLC to represent him in the above captioned matter. Plaintiff John Doe has asked that we file this Motion seeking the substitution of Fleischer Law LLC and attorney

Robert M. Fleischer. Mr. Fleischer is admitted to practice before the District of Connecticut. Because this request comes directly from the Plaintiff John Doe, he is aware of and has been sent a copy of this motion.

For these reasons, Plaintiff John Doe respectfully requests that the Court enter an order allowing the undersigned and their local counsel to withdraw, and substituting Robert M. Fleischer as counsel for Plaintiff. Upon granting of this motion, substitute counsel will promptly file their entry of appearance.

**Dated:** New York, New York
February 16, 2018

**Respectfully submitted,**

**NESENOFF & MILTENBERG, LLP**
*Attorneys for Plaintiff John Doe*

**By:** */s/ Andrew T. Miltenberg*
**Andrew T. Miltenberg, Esq.** *(phv07303)*
**Stuart Bernstein, Esq.** *(phv09426)*
**Phillip Byler, Esq.** *(phv09433)*
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
pbyler@nmllplaw.com

**WILLIAM B. BILCHECK JR LAW OFFICES**

**By:** */s/ William B. Bilcheck Jr*
**William B. Bilcheck Jr**
**12 Brookside Road**
**Madison, Connecticut 06443**
**(203) 245-6252**
madctatty@aol.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.
