UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** | : |
| | : CIVIL ACTION NO. |
| | : 3:18-CV-00110-JCH |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| **YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES,** | : |
| | : |
| **Defendants.** | : February 21, 2018 |

## NOTICE OF APPEARANCE

Please enter the appearance of ROBERT M. FLEISCHER on behalf of plaintiff **JOHN DOE** in the above-captioned action.

Respectfully submitted,

FLEISCHER LAW LLC

By:   */s/ Robert M. Fleischer*
Robert M. Fleischer (CT11960)
Fleischer Law LLC
12 Centennial Drive
Milford, CT 06461
Tel: (203) 283-3369
Email: robf@ctnylaw.com
*Attorney for Defendants John Doe*

## CERTIFICATE OF SERVICE

      Undersigned hereby certifies that a copy of the foregoing Notice of Appearance was filed electronically on February 21, 2018 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                                  */s/ Robert M. Fleischer*
                                             Robert M. Fleischer (CT11960)