UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
                                        x
                                        :
JOHN DOE,                               :    Civil Action No.: 3:18-cv-00110-JCH
                                        :
         Plaintiff,                     :
                                        :
-v.-                                    :
                                        :
YALE UNIVERSITY, YALE UNIVERSITY        :
BOARD OF TRUSTEES,                      :
                                        :
         Defendants.                    :
                                        :
                                        x    March 21, 2018
```

### NOTICE OF APPEARANCE

Please enter the appearance of Peter T. Fay of Neubert, Pepe & Monteith, P.C. as counsel for non-party witness Sally Roe[1] in the above-captioned action.

    /s/ Peter T. Fay
Peter T. Fay (ct08122)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel:  (203) 821-2000
Fax: (203) 821-2009
E-mail: PFay@npmlaw.com

---

[1] This witness is identified by the pseudonym "Sally Roe" in the Complaint, and that pseudonym is used for the purpose of this appearance as well.

## **CERTIFICATION**

  I hereby certify that on March 21, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                  /s/ Peter T. Fay
                Peter T. Fay
                NEUBERT, PEPE & MONTEITH, P.C.