UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
JOHN DOE,                               :    Civil Action No.: 3:18-cv-00110-JCH
                                        :
            Plaintiff,                  :
v.                                      :
                                        :
YALE UNIVERSITY, ET AL.                 :
                                        :
            Defendants.                 :
---------------------------------------------------------x    March 23, 2018

### SALLY ROE'S MOTION TO QUASH SUBPOENA DUCES TECUM
### AND FOR A PROTECTIVE ORDER

Pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure, Sally Roe ("Roe"), a non-party witness, hereby moves to quash the subpoena duces tecum, dated March 5, 2018 (the "subpoena"), for the production of documents on March 26, 2018, and for a protective order with respect to her deposition on April 5, 2018. The subpoena was served on Roe on March 7, 2018.

The subpoena should be quashed because it is overly broad, unduly burdensome, seeks information that is not relevant, and may impose significant expense on Roe resulting from compliance. In addition, the subpoena should be quashed because request number 3 violates Roe's personal privacy rights and seeks disclosure of confidential and privileged health care information. The records sought in request number 3 are protected under state and federal law by the psychotherapist-patient privilege, the physician-patient privilege, and the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 1320d, et seq. ("HIPAA). Roe has not

1

waived her privacy rights or the privileges that protect her confidential health care information.

Roe submits a memorandum of law in support of this motion.

Dated: March 23, 2018
      New Haven, Connecticut

THE MOVANT,
SALLY ROE

By: \_\_\_/s/ Peter T. Fay_____
Peter T. Fay (ct08122)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
pfay@npmlaw.com

### CERTIFICATION

I hereby certify that on March 23, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ Peter T. Fay_____
Peter T. Fay
NEUBERT, PEPE & MONTEITH, P.C.