## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : |
| | : CIVIL ACTION NO. |
| | : 3:18-CV-00110-JCH |
| **Plaintiff,** | : |
| -against- | : |
| YALE UNIVERSITY and YALE UNIVERSITY BOARD OF TRUSTEES, | : |
| **Defendants.** | : March 29, 2018 |

## NOTICE OF APPEARANCE

Please enter the appearance of Susan R. Kaplan on behalf of plaintiff **JOHN DOE** in the above-captioned action. Attorney Kaplan's contact information is as follows:

>Susan R. Kaplan, Esq.
>The Kaplan Law Office
>30 Wall St., 8th Fl.
>New York, NY 10005
>Tel: 347.683.2505
>Email: skaplan@lawkaplan.com

>Respectfully submitted,

>By:     */s/ Susan R. Kaplan*
>Susan Kaplan, Esq.
>The Kaplan Law Office
>30 Wall St., 8th Fl.
>New York, NY 10005
>Tel: 347.683.2505
>Email: skaplan@lawkaplan.com
>*Attorney for Defendant John Doe*

## **CERTIFICATE OF SERVICE**

 Undersigned hereby certifies that a copy of the foregoing Notice of Appearance was filed electronically on March 29, 2018 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

            */s/ Robert M. Fleischer*
            Robert M. Fleischer (CT11960)