UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
                                                               :
JOHN DOE,                                                      :     CIVIL ACTION NO.
                                                               :     3:18-cv-00110-JCH
                Plaintiff,                                   :
  -against-                                                    :
                                                               :
YALE UNIVERSITY and YALE UNIVERSITY                            :
BOARD OF TRUSTEES,                                             :
                Defendants.                                  :     April 4, 2018
---------------------------------------------------------------x

## MOTION TO ADMIT CHARLES CARANICAS
## AS A VISITING ATTORNEY

    Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Charles Caranicas be permitted to practice as a visiting attorney to represent plaintiff John Doe (the "Plaintiff") in the above-captioned action. In support whereof, undersigned respectfully represents as follows:

    1.   Mr. Caranicas is a partner of the law firm The Kaplan Law Office located at 30 Wall St., 8th Fl., New York, New York 10005.

    2.   Attached hereto as Exhibit "A" and incorporated herein by reference is a declaration, executed under penalty of perjury pursuant to 28 U.S.C. § 1746 by attorney Caranicas, setting forth the information required under D. Conn. L. Civ. R. 83.1(d)(1).

    3.   The undersigned will act as local counsel for Plaintiff in this proceeding, upon whom all papers may be served in addition to attorney Caranicas. The address to which all pleadings and communications may be sent is as follows:

>Robert M. Fleischer
>Fleischer Law LLC
>12 Centennial Drive
>Milford, CT 06461
>Tel: (203) 283-3369
>Email: robf@ctnylaw.com

4. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

**WHEREFORE**, the undersigned respectfully requests that this Court admit Charles Caranicas to practice as a visiting attorney before this Court to represent the Plaintiff on all matters related to this action.

**Dated: April 4, 2018**

>FLEISCHER LAW LLC
>
>By:  */s/ Robert M. Fleischer*
>Robert M. Fleischer
>(CT11960) Fleischer Law LLC
>12 Centennial Drive
>Milford, CT 06461
>Tel: (203) 283-3369
>Email: robf@ctnylaw.com
>
>*Attorney for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

      Undersigned hereby certifies that a copy of the foregoing Motion to Admit Charles Caranicas as a Visiting Attorney was filed electronically on April 4, 2018 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                                    */s/ Robert M. Fleischer*
                                                 Robert M. Fleischer (CT11960)