# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE
        Plaintiff

vs.

YALE UNIVERSITY

        Defendant

No: 3:18-cv-00110 (JCH)

April 4, 2018

## DECLARATION IN SUPPORT OF ADMISSION OF CHARLES CARANICAS *PRO HAC VICE*

I, CHARLES CARANICAS, HEREBY DECLARE in support of my admission as a visiting attorney under penalty of perjury that the following is true and correct:

1. I am a partner of the law firm, The Kaplan Law Office, and counsel to the law firm of Robert M. Fleischer and Fleisher Law LLC, attorneys for plaintiff, JOHN DOE, in the above-captioned action, and I have knowledge of the facts in this affidavit which is submitted in support of the plaintiff's motion for my admission pro hac vice pursuant to Local Rule 83.1.

2. I am not a resident of the State of Connecticut, and I am not regularly engaged in business or professional activities in Connecticut. I am a resident of the State of New York.

3. My business address is Charles Caranicas, Esq., The Kaplan Law Office, 30 Wall St., 8th Fl., New York, NY 10005. My telephone number is 347.432.1463 and my email address is caranicas@lawkaplan.com. My office does not have a fax machine.

4. The following are the bars of each Court of which I am or ever have been a member, including my bar identification number where applicable:

    a. New York State Bar—Court of Admission: Second Department—since April 10, 2002 (Bar No. 4013215);
    b. New Jersey State Bar since November 27, 2001 (Bar No. 022392001);
    c. United States District Court, Eastern District of New York since June 11, 2002 (ID No. CC 9244);
    d. United States District Court, Southern District of New York since June 11, 2002 (ID No. CC 9244);
    e. United States District Court, D.C. Circuit, since June 29, 2012 (ID No. 54211);
    f. United States Court of Appeals for the Third Circuit since July 28, 2006.

5. My educational background is: Columbia Law School, JD, 2001; University of Minnesota, B.M. 1987.

6. Plaintiff desires that I participate, assist and speak *pro hac vice* as co-counsel in pre-trial, discovery and trial of this matter.

7. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing. I am not presently, nor have I ever been, subject to any disbarment, suspension or other disciplinary proceedings. I have never been denied admission to, resigned from, or surrendered my license to practice law before any court while facing a disciplinary complaint.

8. I agree to be bound by the Rules of Court governing the practice of law in the State of Connecticut and the federal courts therein, including the Rules of Professional Conduct and all Local Rules and orders of the Court. Further, I will continue to be associated with local counsel throughout pre-trial, discovery and trial of the within cause of action. I recognize and will follow the Connecticut Customs of Practice in addition to those rules of the Court and agree to subject myself to the jurisdiction of the Court.

9. I have reviewed and am familiar with:

   a. The Federal Rules of Civil Procedure
   b. The Federal Rules of Criminal Procedure
   c. The Federal Rules of Evidence
   d. The Local Rules of Practice for the United States District Court for the District of Connecticut, and
   e. The Connecticut Rules of Professional Conduct.

10. I understand that all pleadings, briefs and other papers filed with the Court must be signed by an attorney of record authorized to practice in the United States District Court for the State of Connecticut and that said attorney shall be held responsible for such pleadings or filings and for the conduct of this cause and of the attorneys admitted herein.

11. I agree to be subject to the Orders of this Court and amendable to disciplinary action as though regularly admitted to practice in the District of Connecticut. I hereby designate the sponsoring attorney, Robert M. Fleischer and Fleisher Law LLC, Milford, Connecticut, as my agent for service of process of all papers within the District of Connecticut. I further designate the District of Connecticut as the forum for resolution of any dispute arising out of this admission.

12. I will promptly notify this Court of any matter affecting my good standing as a member of the Bar of any other Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2018.

_____
CHARLES CARANICAS