UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>-v.-<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES,<br><br>          Defendants. | Civil Action No.: 3:18-cv-00110-JCH<br><br><br><br><br><br><br><br><br><br>April 13, 2018 |

### JANE ROE'S MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR A PROTECTIVE ORDER

Jane Roe,[1] a non-party witness, hereby moves to withdraw her Motion to Quash Subpoena Duces Tecum and for a Protective Order dated March 23, 2018 (doc. no. 62). Counsel for plaintiff has represented that she does not intend to seek to enforce the subpoena beyond the deposition of Roe that already was taken on April 5, 2018, and that plaintiff will not be filing any opposition to the Motion to Quash.

                                                              /s/ Peter T. Fay
                                                              Peter T. Fay (ct08122)
                                                              NEUBERT, PEPE & MONTEITH, P.C.
                                                              195 Church Street, 13th Floor
                                                              New Haven, Connecticut 06510
                                                              Tel:  (203) 821-2000
                                                              Fax: (203) 821-2009
                                                              E-mail: PFay@npmlaw.com

---

[1] This witness is identified by the pseudonym "Jane Roe" in the Complaint, and that pseudonym is used for the purpose of this motion as well.

**CERTIFICATION**

     I hereby certify that on April 13, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        /s/ Peter T. Fay
        Peter T. Fay
        NEUBERT, PEPE & MONTEITH, P.C.