UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | Civil Action No.: 3:18-cv-00110-JCH |
| Plaintiff, | : | |
| -v.- | : | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, | : | |
| Defendants. | : | April 13, 2018 |

## SALLY ROE'S MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR A PROTECTIVE ORDER

Sally Roe,[1] a non-party witness, hereby moves to withdraw her Motion to Quash Subpoena Duces Tecum and for a Protective Order dated March 23, 2018 (doc. no. 64). Counsel for plaintiff has represented that she does not intend to seek to enforce the subpoena beyond the deposition of Roe that already was taken on April 5, 2018, and that plaintiff will not be filing any opposition to the Motion to Quash.

    /s/ Peter T. Fay
Peter T. Fay (ct08122)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel:  (203) 821-2000
Fax: (203) 821-2009
E-mail: PFay@npmlaw.com

---

[1] This witness is identified by the pseudonym "Sally Roe" in the Complaint, and that pseudonym is used for the purpose of this motion as well.

## **CERTIFICATION**

     I hereby certify that on April 13, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                                                            /s/ Peter T. Fay
                                                                                       Peter T. Fay
                                                                                       NEUBERT, PEPE & MONTEITH, P.C.