**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION NO. |
|  | : | 3:18-cv-00110-JCH |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY AND YALE UNIVERSITY BOARD OF TRUSTEES | : | |
| DEFENDANTS | : | APRIL 25, 2018 |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff and defendants hereby stipulate that this case may be dismissed with prejudice, each side to bear its own costs and fees.

**THE PLAINTIFF, JOHN DOE**

By:_____/s/_____
SUSAN R. KAPLAN(Pro Hac Vice)
THE KAPLAN LAW OFFICE
30 Wall Street- 8th Floor
New York, NY 10005
Email:   skaplan@lawkaplan.com
Telephone:   347.683.2505

ROBERT M. FLEISCHER (CT11960)
FLEISCHER LAW LLC
12 Centennial Dr.
Milford, CT 06461
Email:   robf@ctnylaw.com
Telephone:   203.283.3369

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX: (203) 458-4424
JURIS NO. 415438

**THE DEFENDANTS,
YALE UNIVERSITY and YALE
UNIVERSITY BOARD OF TRUSTEES**

By:_____/s/ct00189_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Email:       pnoonan@ddnctlaw.com
Telephone:   203.458.9168
Facsimile:   203.458.4424

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan